# EXHIBIT B

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

---

GOVERNOR JESSE VENTURA, a/k/a
James G. Janos, an individual,

       Plaintiff,

  v.

CHRIS KYLE, an individual,

       Defendant.

Court File No. _____

---

## COMPLAINT

---

Plaintiff, Governor Jesse Ventura, a/k/a James G. Janos, for his claims against the

defendant, Chris Kyle, states and alleges that:

### THE PARTIES

1.      Plaintiff, Governor Jesse Ventura, a/k/a, James G. Janos ("Governor Ventura"), is

an individual citizen and resident of the State of Minnesota.

2.      Defendant, Chris Kyle ("Kyle"), is, on information and belief, an individual

citizen and resident of the State of Texas.

### JURISDICTION AND VENUE

3.      This Court has personal jurisdiction over the non-resident defendant pursuant to

Minn. Stat. §§ 543.19, subd. 1(4), and the Due Process Clause of the Fourteenth Amendment to

the United States Constitution, because Kyle has committed acts outside of the State of

Minnesota intended to cause and causing injury in this State, including but not limited to the

intentional publication of defamatory statements of and concerning Minnesota resident Governor

Ventura via television and radio programs transmitted by air, cable and/or satellite in this State, and the sale of books in this State.

4.     Venue is proper in this district pursuant to Minn. Stat. § 542.09 because the cause of action, or some part thereof, arose in Hennepin County, Minnesota.

## FACTS

### *Governor Ventura*

5.     Governor Ventura is the former Governor of the State of Minnesota, having served in that capacity from 1999 through 2002; the former Mayor of Brooklyn Park, Minnesota, having served in that capacity from 1990 through 1993; and is also a veteran of the United States Navy, having served his country as a member of the Naval Special Forces Underwater Demolition / SEAL Teams.

6.     Through and as a result of his accomplishments in a career that has spanned more than four decades, Governor Ventura has become well known to the public throughout the United States as a professional wrestler, entertainer, actor, speaker, author, and politician; has created for himself a unique public personality and image; and his professional names, "Jesse Ventura" and "Jesse 'the Body' Ventura," as well as his image, voice, photograph, likeness and public persona, have become commercially valuable commodities.

7.     Governor Ventura's current occupation is that of television performer and host for a program titled *Conspiracy Theory*, which airs on the truTV network, and he is a best selling author who continues to write books.

8.     Governor Ventura also remains an active political commentator, and has not definitely ruled out another run for political office.

- 2 -

9.      Governor Ventura comes from a military family: his father served in the United States military during World War II and earned six Bronze Battle Stars; his mother served in the United States military during World War II, as nurse stationed in North Africa; and his brother served in the United States military as a Navy SEAL during the Vietnam war.

10.     Governor Ventura is very proud of his, and his family's military service, and he has nothing but the highest regard for veterans of, and those currently serving in the United States military.

11.     Governor Ventura's service in the Naval Special Forces Underwater Demolition / SEAL Teams was a defining experience in his life, and he has always believed that those with whom he served, as well as those who preceded and followed him, deserve his and the nation's utmost respect and deepest gratitude.

12.     As a member of the military, Governor Ventura took and oath to "support and defend the Constitution of the United States against all enemies, foreign and domestic," and to "bear true faith and allegiance to the same."

13.     As Governor of the State of Minnesota, Governor Ventura took an oath "to support the Constitution of the United States and of this state and to discharge faithfully the duties of his office to the best of his judgment and ability," and he was the "commander-in-chief of the military and naval forces," vested with the power to "call them out to execute the laws, suppress insurrection and repel invasion." Minn. Const., art. 5, Section 6, and art. 5, Section 3.

14.     Governor Ventura has always taken his oaths to defend and protect the Constitution of the United States from all enemies very seriously, and he has always considered it a great honor to have had the privilege of serving his country, first, in the military, and, second, as the Governor of Minnesota.

15.    Governor Ventura has, over a period of many years, maintained close friendships with his former colleagues in the Naval Special Forces Underwater Demolition / SEAL Teams, and he has on several occasions since his own discharge from the military attended and spoken at Navy SEAL graduation and other ceremonies, where he has always been treated with dignity and respect.

16.    Although Governor Ventura has liberally exercised his First Amendment right to criticize government policy, and has been publicly opposed to the war in Iraq, he has always supported America's troops, and has never, and would never wish them any harm.

### Kyle's False and Defamatory Statements

17.    Kyle is the author of *American Sniper, the Autobiography of the Most Lethal Sniper in U.S. Military History*, published in January 2012 by William Morrow, an Imprint of HarperCollins Publishers, and sold nationally, including at Barnes & Noble and other booksellers in the State of Minnesota.

18.    In *American Sniper*, Kyle wrote and published a sub-chapter captioned, "*Punching Out Scruff Face*," which at pages 310 through 312 recounts an alleged 2006 incident that occurred at a public bar and restaurant in Coronado, California, and which reads, in its entirety, as follows:

"AFTER THE FUNERAL WE WENT TO A LOCAL BAR FOR THE WAKE proper.

As always, there were a bunch of different things going on at our favorite nightspot, including a small party for some older SEAL's and UDT members who were celebrating the anniversary of their graduation. Among them was a celebrity I'll call Scruff Face.

Scruff served in the military; most people seem to believe he was a SEAL. As far as I know, he was in the service during the Vietnam conflict but not actually in the war.

I was sitting there with Ryan and told him that Scruff was holding court with some of his buddies.

- 4 -

'I'd really like to meet him,' Ryan said.

'Sure.' I got up and went over to Scruff and introduced myself.

'Mr. Scruff Face, I have a young SEAL over here who's just come back from Iraq. He's been injured but he'd really like to meet you.'

Well, Scruff kind of blew us off. Still, Ryan really wanted to meet him, so I brought him over. Scruff acted like he couldn't be bothered.

*All right.*

We went back over to our side of the bar and had a few more drinks. In the meantime, Scruff started running his mouth about the war and everything and anything he could connect to it. President Bush was an asshole. We were only over there because Bush wanted to show up his father. We were doing the wrong thing, killing men and women and children and murdering.

And so on. Scruff said he hates America and that's why he moved to Baja California. 9/11 was a conspiracy.

And on and on some more.

The guys were getting upset. Finally, I went over and tried to get him to cool it.

'We're all here in mourning,' I told him. 'Can you just cool it? Keep it down.'

'You deserve to lose a few,' he told me.

Then he bowed up as if to belt me.

I was uncharacteristically level-headed at that moment.

'Look,' I told him, 'why don't we just step away from each other and go on our way?'

Scruff bowed up again. This time he swung.

Being level-headed and calm can last only so long. I laid him out.

Tables flew. Stuff happened. Scruff Face ended up on the floor.

I left.

Quickly.

I have no way of knowing for sure, but rumor has it he showed up at the BUD/S graduation with a black eye."

A true and correct copy of *American Sniper, the Autobiography of the Most Lethal Sniper in U.S. Military History*, pages 310-312, is attached hereto marked **Exhibit A**.

19.     The quoted passage from *American Sniper* attached hereto as Exhibit A contains matters of description, facts and circumstances sufficient for readers to infer that Kyle was referring to Governor Ventura, including: the "Scruff Face" reference to his famous facial hair; his status as an "older" "celebrity" former UDT / Seal who served during the Vietnam war; his winter home in Baja California (Mexico); his opposition to the war in Iraq; the 9/11 "conspiracy" about which he has talked and written; and his having been the speaker at BUD/S graduation ceremonies.

20.     In television, radio and print interviews intended to promote the sale of *American Sniper*, all of which were published nationally and in the State of Minnesota in January 2012, Kyle has confirmed that the quoted references in his book were intended to and do refer to Governor Ventura.

21.     On or about January 4, 2012, Kyle appeared on the *Opie & Anthony* radio show, and participated in the following exchange with the show's hosts:

HOST:  There's someone on the line saying that you had -- you were in a bar fight with Jesse, Ventura.  Is that true?

HOST:  What.

CHRIS KYLE:  God.

HOST:  It's probably -- is it?

CHRIS KYLE:  Yes.

HOST:  Oh, sh___ (expletive deleted).

HOST: Oh, let's get into this.

HOST: Yeah, I would like to.

HOST: Can we talk about it?

HOST: I was going to ask you how you felt about it, actually.

* * *

HOST: What happened in the bar?

HOST: Yeah, what happened?  You were in a bar and --

HOST: Oh, Jesus.

CHRIS KYLE: We, ah, we had just come back from our '06 deployment when we lost our guys.  We were having a wake for the guy who got the Medal of Honor, Mikey Mansoor.  And he happened to be there.  He was coming in for a graduating BUDs class that he was going to speak to.  And he was upset with the war.  He doesn't agree with it, which is fine.  I -- you don't have to agree with the war.  I just get sent there.  I don't have to agree with politics.  I signed up to serve the country; the country tells me what to do.

HOST: Uh-huh.

CHRIS KYLE: But he was making it known that he did not agree with it.  And I approached him and said, "Hey, you know" --

HOST: It's not the place.

CHRIS KYLE: -- "I appreciate it, but we are having a wake."  It was the SEAL bar there in town.  I said, "We're having the wake here.  The family is here.  I would appreciate it if you'd just kind of keep it down."  He told us that we were killing innocent people over there --

HOST: Oh, f___  (expletive deleted).

CHRIS KYLE: -- men, women and children.  That we were murderers.  And, you know, I said, "You know what, we can all have our differences, that's -- that's fine; but, please, just don't upset the family."

HOST: Yeah.

CHRIS KYLE: And then he said that, you know, we deserve to lose a few guys.

HOST: Holy sh__  (expletive deleted).

- 7 -

HOST:  Jesse said that?

CHRIS KYLE:  Yes.

HOST:  What the f___ (expletive deleted) is wrong with him.

HOST:  So, by the way, all you guys out there that attacked me because I f___ ing (expletive deleted) attacked him, good, I'm glad to hear that.  He really is a douche.  And what happened when he said that to you?

CHRIS KYLE:  I punched him.

HOST:  Did you grab his ponytail?

CHRIS KYLE:  No, I punched him.

HOST:  You slugged him?  Good.

HOST:  "I punched him."

HOST:  "I punched him."

HOST:  Good for you.

HOST:  Where did you punch him?

HOST:  Bravo.

CHRIS KYLE:  In the face.

HOST:  What happened?

HOST:  That's when you take a head shot.

CHRIS KYLE:  I mean, Jesse Ventura, he's --

HOST:  Big man.

CHRIS KYLE:  -- he's an older guy, too.

HOST:  Yeah, he's an older guy.

CHRIS KYLE:  Of course all the guys then started making fun of me.  "So what geriatric" (inaudible) -- (Laughter.)

HOST:  Wait.  When you hit him, did he hit you back, or...

CHRIS KYLE: No, he -- he went down.

HOST: Oh --

HOST: Like out?  Like was he like --

CHRIS KYLE: I don't think he was out.  It definitely took him off balance.  He went down and --

HOST: But the ref wasn't looking.  They never are.

HOST: Did his walker fall with him?

CHRIS KYLE: Yeah, I think he fell out of his wheelchair.

HOST: Wow.  Wow.  He went down.

HOST: You hit a big dude.  He's a -- he's still Jesse the Body.  I mean, he's an older guy, but he's still a big strong guy.

HOST: Did he awkwardly get up and have to walk out of the place?

CHRIS KYLE: I don't know.  I took off running, because the cops were already outside.  And as soon as I hit him, I knew, SEAL party, SEAL bar, cops were watching, they saw the whole thing happen.  So I took off running.

HOST: Oh, yeah.  So Jesse Ventura said to a SEAL at a bar where there was a wake for a SEAL: "You deserve to lose a few guys"?

HOST: Yeah.

CHRIS KYLE: Yes, he did.

A true and correct copy of a transcript of Kyle's January 4, 2012, interview on the *Opie &*

*Anthony* radio show as it later appeared on http://www.youtube.com/watch?v=PBJWI0UBwWU

is attached hereto marked **Exhibit B**.

22.    On or about January 5, 2012, Kyle appeared on the *O'Reilly Factor* on FOX TV,

and participated in the following exchange with the show's host:

MR. O'REILLY:  Personal story segment tonight:  Chief Chris Kyle, a Navy SEAL, is officially the most lethal sniper in U.S. military history.  The Chief has written a brand

- 9 -

new book called American Sniper, that chronicles his amazing story in Iraq. I spoke with him last night. So, Chief, I read your book. Very entertaining. I recommend it for my audience. I think they'll like it. First of all, you say you knocked Jesse Ventura to the floor with a punch. Now, you don't mention his name, but everybody knows who that is. Number one, that -- that happened? You knocked him out?

MR. KYLE: Well, I knocked him down.

MR. O'REILLY: Knocked him down. Why? Why would you punch Ventura?

MR. KYLE: It was in '06. Was the year we lost our first two SEALS in Iraq. We came home. We lost our last guy just before coming home. We had the wake in a SEAL bar there in Coronado. And he was there. He was there for a speaking engagement at a BUD ceremony, graduating class --

MR. O'REILLY: Because he was a SEAL, right?

MR. KYLE: Yes, sir.

MR. O'REILLY: He was a Navy SEAL. So he was badmouthing the war, right?

MR. KYLE: Badmouthing the war, badmouthing Bush, badmouthing America.

MR. O'REILLY: And you took exception?

MR. KYLE: I did find a problem with it. The family was there. I asked him to please tone it down, that we did not want to upset the family members of Mikey Mansoor.

MR. O'REILLY: Who was killed?

MR. KYLE: Yes, sir. And he earned the Medal of Honor. He jumped on a grenade and saved everybody else around.

MR. O'REILLY: But I want to be clear. Ventura wasn't attacking him at all, verbally bashing him; he was just bashing the whole thing in general?

MR. KYLE: Yes, sir.

MR. O'REILLY: All right.

MR. KYLE: Until he said we deserve to lose a few guys.

MR. O'REILLY: He said we deserve to -- we, the United States --

MR. KYLE: No. He said, "You, y'all, deserve to lose a few guys."

MR. O'REILLY:  Navy SEALS.

MR. KYLE:  I -- I'm assuming.  He was saying that to me.

MR. O'REILLY:  Was he drunk?

MR. KYLE:  No, sir.  I never saw him with a drink in hand at all.

MR. O'REILLY:  So once he said, "You deserve to lose a few guys," you popped him?

MR. KYLE:  Yes, sir.

MR. O'REILLY:  Did he fight back?

MR. KYLE:  He went down.  The cops were there, I took off running.

MR. O'REILLY:  You ran?

MR. KYLE:  Yes, sir.

MR. O'REILLY:  Did they arrest you?

MR. KYLE:  No, sir.  I -- I have a master chief that always said, "Punch and run."

\* \* \*

A true and correct copy of a transcript of Kyle's January 5, 2012, interview on the *O'Reilly Factor* as it later appeared on http://video.foxnews.com/v/1368298701001 is attached hereto marked **Exhibit C**.

 23. During the week of January 9, 2012, Kyle's appearance on the *O'Reilly Factor* was discussed on *The Five*, a FOX News commentary show, and the show's five hosts all agreed, among themselves, that Kyle was telling the truth about the comments he attributes to Governor Ventura and the incident during which he allegedly punched Governor Ventura. A true and correct copy of a transcript of the *circa* January 9, 2012, *The Five* broadcast, as it later appeared on http://www.youtube.com/watch?v=f4P2fzR9dcA, is attached hereto marked **Exhibit D**.

24.     On or about January 10, 2012, Kyle appeared on the *Opie & Anthony* radio show

for the second time, and participated in the following exchange with the show's hosts:

HOST:  What exactly happened, Chris?  If you could just refresh, because a lot of people might not have heard you on that moment.  Just if you could give us a brief -- just kind of sum the story up so people know what we're talking about.

MR. KYLE:  It was the wake for Mikey Mansoor, and of course all the families were there.     He was there.  He started getting loud and voicing his opinion coming out against the war and the troops and everything.  So we asked him to keep it down.  And he got belligerent about it, and finally said we deserve to lose a few.

* * *

HOST:  Now, Chris, is it possible that you and Jesse were arguing or you were debating and he said something to the effect of it's only natural you're going to lose a few?  Are you 100 percent sure that he said it and with the intention that you heard it?

MR. KYLE:  No.  I feel that (inaudible) he said exactly what I thought I heard.  Them other guys that were standing right there --

HOST:  Oh, they heard it as well?

MR. KYLE:  -- exact same way.

* * *

HOST: Chris, there's no doubt in your mind you punched Jesse Ventura that day, right?

MR. KYLE:  Yes, sir, definitely.

A true and correct copy of a transcript of Kyle's January 10, 2012, interview on the *Opie &*

*Anthony* radio show as it later appeared on http://www.theblaze.com/stories/radio-host-

confronts-seal-sniper-over-ventura-bar-brawl-story-and-reveals-psy-ops-theory/, is attached

hereto marked **Exhibit E**.

25.     *FOX News*, the *O'Reilly Factor* and *The Five* and are all broadcast via cable

television throughout the United States, including Minnesota, on the FOX Television Network,

and all have affiliated Internet sites at which re-broadcasts and print transcripts and summaries can be viewed including, but not limited to foxnews.com and foxnewsinsider.com.

26.     The FOX Television Network and *American Sniper's* publisher, HarperCollins, are both owned by the same parent company, News Corporation, and it is in their and Kyle's joint economic interests to generate publicity for *American Sniper*.

27.     The *Opie & Anthony* radio show is broadcast via satellite radio throughout the United States, including Minnesota, on Sirius XM Radio.

28.     The television, radio and print interviews in which Kyle published the defamatory statements transcribed above have been reported, republished, reprinted, repeated and/or re-broadcast worldwide, including Minnesota, via television, Internet and print publications, and continue to be republished, repeated and re-broadcast.

29.     As of January 23, 2012, a Google® Internet search using the term Chris Kyle, Ventura produced more than 5,300,000 results, including news articles, videos and blogs that repeat the defamatory statements and accusations, and otherwise report and comment on them.

30.     Kyle knew, at the time he wrote *American Sniper*, and at the time he gave television, radio and print interviews to promote his book, that that his alleged 2006 altercation with Governor Ventura had never occurred, that Governor Ventura had not made any of the statements attributed to him, and that the entire story about a confrontation with and physical assault and battery of Governor Ventura was false and defamatory.  Among other things:

(a)     Governor Ventura never said "he hates America"; "[Navy SEALs] deserve to lose a few"; "[Navy SEALs] were killing innocent people"; "[Navy SEAL's] were murderers"; "[Navy SEAL's] deserve to lose a few guys"; or "ya'll [Navy SEAL's] deserve to lose a few guys"; and

- 13 -

(b)    Governor Ventura did not take part in any incidents involving Kyle in which "[he] bowed up as if to belt [Kyle]"; "[he] bowed up again"; "Stuff happened. Scruff Face ended up on the floor."; "he showed up at the BUD/S graduation with a black eye"; "[Kyle] was in a bar fight with Jesse Ventura"; "[Kyle] punched him . . . in the face"; "he went down"; "[Kyle] knocked him down"; "[Kyle] popped him"; or "he went down."

31.    Nor has Governor Ventura ever expressed or implied, in Kyle's presence or anywhere else, that he wished any harm to come to any American troops, or to Navy SEALs in particular, and Kyle never physically assaulted, battered or punched Governor Ventura.

32.    Knowing that the alleged statements he attributes to Governor Ventura were never made, and that the alleged assault and battery incident involving Governor Ventura had never occurred, for the purpose of gaining notoriety and generating publicity for his *American Sniper* book, and thereby furthering his own economic gain, and/or for other reasons presently unknown, Kyle knowingly, intentionally and maliciously published the false and defamatory statements of and concerning Governor Ventura as set forth above.

33.    By falsely claiming that Governor Ventura said United States Navy SEALs deserve to die, Kyle intended to inflict a vicious, deliberate and calculated assault on Governor Ventura's character, honor and reputation, and to turn the SEAL and military community, and Americans in general, against Governor Ventura and to cause them to have contempt, scorn, disgust and hatred for him, and to hold him in the lowest possible regard.

34.    By his own admission, Kyle has gained more notoriety and publicity for the false, defamatory and malicious statements he has made about Governor Ventura, than he has for all of the military exploits he writes about in *American Sniper*.

- 14 -

## CLAIM FOR RELIEF

## COUNT I
## DEFAMATION
### (Libel and Slander)

35.    Governor Ventura restates and adopts paragraphs 1 through 34, above.

36.    Kyle has knowingly, intentionally and maliciously made false and defamatory statements of and concerning Governor Ventura, the natural tendency of which is to hold him up to hatred, scorn, contempt, ridicule and disgrace, to beget an evil opinion of him in the mind of right-thinking persons, and to deprive him of their friendly society.

37.    By knowingly, intentionally and maliciously publishing false and defamatory statements of and concerning Governor Ventura, Kyle intended to, and did defame Governor Ventura and harm his reputation and standing in the community, including but not limited to the small, fraternal community of UDT/SEAL veterans and active duty personnel, and the broader communities of all military personnel and their families, and all patriotic Americans.

38.    Kyle's false and defamatory statements have been made orally, in writing, and have been embodied in audio and visual recordings, and said false and defamatory statements have been widely and repeatedly published to third parties, including third parties in the State of Minnesota, via cable network television, satellite radio, hard-copy and electronic print publications, and Internet video and print publications.

39.    Kyle's false and defamatory statements were calculated to bring Governor Ventura into disrepute and to harm Governor Ventura's reputation in the community.

40.    Kyle's false and defamatory statements are libelous, slanderous and defamatory on their face.

41.    Kyle's false and defamatory statements are not privileged.

- 15 -

42.     As a direct result of Kyle's publication of knowingly, intentionally and maliciously false and defamatory statements, Governor Ventura's reputation and standing in the community, including Minnesota and the United States, has been harmed, he has been embarrassed and humiliated, and he has suffered emotional distress.

43.     Kyle's publication of knowingly, intentionally and maliciously false and defamatory statements has negatively affected, and will continue to negatively affect Governor Ventura in connection with his businesses and professions, including but not limited to his current and future opportunities as a political candidate, political commentator, author, speaker, television host and personality, and all other commercial endeavors that involve exploitation of his name, likeness and public persona.

44.     Kyle is liable to Governor Ventura for defamation, including libel and slander, in an amount to be determined by the trier of fact.

## COUNT II
## MISAPPROPRIATION OF NAME AND LIKENESS
### (Appropriation Branch of Right of Privacy)

45.     Governor Ventura restates and adopts paragraphs 1 through 44, above.

46.     Governor Ventura has acquired a property right in the exclusive commercial use of his own identity, as represented by his name, image, voice, photograph and public persona.

47.     Without consent, Kyle has wrongfully appropriated and used Governor Ventura's identity for his own economic advantage and gain, including Governor Ventura's name, image and public persona.

48.     Kyle is liable to Governor Ventura for the wrongful appropriation of his identity in an amount to be determined by the trier of fact.

## COUNT III
## UNJUST ENRICHMENT

49.     Governor Ventura restates and adopts paragraphs 1 through 48, above.

50.     As a direct result of his tortious, inequitable and unlawful conduct, Kyle has been unjustly enriched at Governor Ventura's expense.

51.     Equity requires that Kyle make restitution to Governor Ventura for all property and benefits unjustly received, including but not limited to income from the sale of *American Sniper* books and/or any subsidiary or ancillary rights sales.

**WHEREFORE**, the plaintiff, Governor Jesse Ventura, a/k/a James G. Janos, prays that the Court:

(a)     Enter judgment in his favor and against Defendant Chris Kyle on Count I of the Complaint for defamation in an amount in excess of $50,000; and

(b)     Enter judgment in his favor and against Defendant Chris Kyle on Count II of the Complaint for Misappropriation of Name and Likeness in an amount in excess of $50,000; and

(c)     Enter judgment in his favor and against Defendant Chis Kyle on Count III of the Complaint for Unjust Enrichment ordering restitution for all property and benefits unjustly received; and

(d)     Award his costs and disbursements and attorneys' fees incurred herein; and

(e)     Award all other relief which the Court deems to be just and equitable.

HENSON & EFRON, P.A.

Dated: _January 23_, 2012      By _____

David Bradley Olsen, 197944
John N. Bisanz, Jr., 0389098
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500

Attorneys for Plaintiff


     Governor Jesse Ventura, a/k/a James G. Janos, by his attorneys, Henson & Efron, P.A., acknowledges that costs, disbursements, and reasonable attorneys and witness fees may be awarded to the opposing party or parties pursuant to Minn. Stat. § 549.211.


HENSON & EFRON, P.A.

Dated: _January 23_, 2012      By _____

David Bradley Olsen, 197944
John N. Bisanz, Jr., 0389098
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500

Attorneys for Plaintiff

440142 DOC

- 18 -

# NAVY SEAL
# CHRIS KYLE

WITH SCOTT McEWEN AND JIM DeFELICE



# AMERICAN SNIPER



## THE AUTOBIOGRAPHY OF THE
# MOST LETHAL SNIPER
## IN U.S. MILITARY HISTORY



EXHIBIT
A

American Sniper

attend it. It was great to see him, even though he was now permanently blind.

Before passing out from blood loss after he'd been shot, Ryan had been able to see. But as his brain swelled with internal bleeding, bone or bullet fragments that were in his eye severed his optic nerves. There was no hope for restoring sight.

When I saw him, I asked him why he'd insisted on walking out of the building under his own power. It struck me as a remarkably brave thing—characteristic of him. Ryan told me he knew that our procedures called for at least two guys to go down with him if he couldn't move on his own. He didn't want to take more guys out of the fight.

I think he thought he could have gotten back on his own. And probably he would have if we'd let him. He might even have picked up a gun and tried to continue the fight.

Ryan left the service because of his injury, but we remained close. They say friendships forged in war are strong ones. Ours would prove that truism.

## Punching Out Scruff Face

AFTER THE FUNERAL WE WENT TO A LOCAL BAR FOR THE WAKE proper.

As always, there were a bunch of different things going on at our favorite nightspot, including a small party for some older SEALs and UDT members who were celebrating the anniversary of their graduation. Among them was a celebrity I'll call Scruff Face.

Scruff served in the military; most people seem to believe he was a SEAL. As far as I know, he was in the service during the Vietnam conflict but not actually in the war.

I was sitting there with Ryan and told him that Scruff was holding court with some of his buddies.

"I'd really like to meet him," Ryan said.

"Sure." I got up and went over to Scruff and introduced myself. "Mr. Scruff Face, I have a young SEAL over here who's just come back from Iraq. He's been injured but he'd really like to meet you."

Well, Scruff kind of blew us off. Still, Ryan really wanted to meet him, so I brought him over. Scruff acted like he couldn't be bothered.

*All right.*

We went back over to our side of the bar and had a few more drinks. In the meantime, Scruff started running his mouth about the war and everything and anything he could connect to it. President Bush was an asshole. We were only over there because Bush wanted to show up his father. We were doing the wrong thing, killing men and women and children and murdering.

And on and on. Scruff said he hates America and that's why he moved to Baja California. 9/11 was a conspiracy.

And on and on some more.

The guys were getting upset. Finally, I went over and tried to get him to cool it.

"We're all here in mourning," I told him. "Can you just cool it? Keep it down."

"You deserve to lose a few," he told me.

Then he bowed up as if to belt me one.

I was uncharacteristically level-headed at that moment.

"Look," I told him, "why don't we just step away from each other and go on our way?"

Scruff bowed up again. This time he swung.

Being level-headed and calm can last only so long. I laid him out.

Tables flew. Stuff happened. Scruff Face ended up on the floor.

I left.

Quickly.

**311**

American Sniper

I have no way of knowing for sure, but rumor has it he showed up at the BUD/S graduation with a black eye.

FIGHTING IS A FACT OF LIFE WHEN YOU'RE A SEAL. I'VE BEEN in a few good ones.

In April '07, we were in Tennessee. We ended up across the state line in a city where there'd been a big UFC mixed-martial-arts fight earlier that evening. By coincidence, we happened into a bar where there were three fighters who were celebrating their first victories in the ring. We weren't looking for trouble; in fact, I was in a quiet corner with a buddy where there was hardly anyone else around.

For some reason, three or four guys came over and bumped into my friend. Words were said. Whatever they were, the wannabe UFC fighters didn't like them, so they went after him.

Naturally, I wasn't going to let him fight alone. I jumped in. Together, we beat the shit out of them.

This time, I didn't follow Chief Primo's advice. In fact, I was still pounding one of the fighters when the bouncers came to break us up. The cops came in and arrested me. I was charged with assault. (My friend had slipped out the back. No bad wishes on him; he was only following Primo's second rule of fighting.)

I got out on bail the next day. I had a lawyer come in and work out a plea bargain with the judge. The prosecutor agreed to drop the charges, but to make it all legal I had to get up there in front of the judge.

"Mr. Kyle," she said, in the slow drawl of justice, "just because you're trained to kill, doesn't mean you have to prove it in my city. Get out and don't come back."

And so I did, and haven't.

312

1 Opie and Anthony Interview_1.txt

1

1

2

3     "Opie & Anthony: American Sniper Chris Kyle

4                 01-04-2012"

5

6     http://www.youtube.com/watch?v=PBJWI0UBwWU

7

8

9

10

11

12

13

14

15

16

17

18              Transcribed by:

19           Jane T. Doby
          Registered Merit Reporter
20     Doby Professional Reporting, Inc.
              952.943.1587
21           DobyReporting.com

22

23

24

25

2

1           (Transcript begins at 22:04)

2           HOST:  There's someone on the line saying

3     that you had -- you were in a bar fight with Jesse,

Page 1



```
                  1 Opie and Anthony Interview_1.txt
 4   Ventura.  Is that true?

 5            HOST:  What.

 6            CHRIS KYLE:  God.

 7            HOST:  It's probably -- is it?

 8            CHRIS KYLE:  Yes.

 9            HOST:  Oh, shit.

10            HOST:  Oh, let's get into this.

11            HOST:  Yeah, I would like to.

12            HOST:  Can we talk about it?

13            HOST:  I was going to ask you how you felt

14   about it, actually.

15            HOST:  Because we -- we -- we -- I don't

16   know, how do -- how do -- how do you explain

17   Jesse --

18            HOST:  There was a -- there was a verbal

19   altercation in here between --

20            HOST:  No, but he -- but he used to come

21   on our show, and it was all right.  We -- we didn't

22   agree with a lot of the stuff he said, but we had an

23   okay time with him.

24            HOST:  "Thank you for your service."

25            HOST:  But then we had a moment where he         3


 1   walked off our show because we just killed him with

 2   knowledge.

 3            HOST:  Yeah, we had --

 4            HOST:  We really did.

 5            HOST:  -- a big argument.

 6            HOST:  Especially Jim.

 7            HOST:  We had a big argument, yeah.

 8            HOST:  What happened in the bar?
                         Page 2
```

1 Opie and Anthony Interview_1.txt

9    HOST:  Yeah, what happened?  You were in a

10  bar and --

11    HOST:  Oh, Jesus.

12    CHRIS KYLE:  We, ah, we had just come back

13  from our '06 deployment when we lost our guys.  We

14  were having a wake for the guy who got the Medal of

15  Honor, Mikey Mansoor.

16    And he happened to be there.  He was

17  coming in for a graduating BUDs class that he was

18  going to speak to.

19    And he was upset with the war.  He doesn't

20  agree with it, which is fine.  I -- you don't have

21  to agree with the war.  I just get sent there.  I

22  don't have to agree with politics.  I signed up to

23  serve the country; the country tells me what to do.

24    HOST:  Uh-huh.

25    CHRIS KYLE:  But he was making it known

4

1  that he did not agree with it.  And I approached him

2  and said, "Hey, you know" --

3    HOST:  It's not the place.

4    CHRIS KYLE:  -- "I appreciate it, but we

5  are having a wake."

6    It was the SEAL bar there in town.  I

7  said, "We're having the wake here.  The family is

8  here.  I would appreciate it if you'd just kind of

9  keep it down."

10    He told us that we were killing innocent

11  people over there --

12    HOST:  Oh, fuck.

13    CHRIS KYLE:  -- men, women and children.

Page 3

1 Opie and Anthony Interview_1.txt

14  That we were murderers.  And, you know, I said, "You

15  know what, we can all have our differences,

16  that's -- that's fine; but, please, just don't upset

17  the family."

18          HOST:  Yeah.

19          CHRIS KYLE:  And then he said that, you

20  know, we deserve to lose a few guys.

21          HOST:  Holy shit.

22          HOST:  Jesse said that?

23          CHRIS KYLE:  Yes.

24          HOST:  What the fuck is wrong with him.

25          HOST:  So, by the way, all you guys out                5


1   there that attacked me because I fucking attacked

2   him, good, I'm glad to hear that.  He really is a

3   douche.

4           And what happened when he said that to

5   you?

6           CHRIS KYLE:  I punched him.

7           HOST:  Did you grab his ponytail?

8           CHRIS KYLE:  No, I punched him.

9           HOST:  You slugged him?  Good.

10          HOST:  "I punched him."

11          HOST:  "I punched him."

12          HOST:  Good for you.

13          HOST:  Where did you punch him?

14          HOST:  Bravo.

15          CHRIS KYLE:  In the face.

16          HOST:  What happened?

17          HOST:  That's when you take a head shot.

18          CHRIS KYLE:  I mean, Jesse Ventura,

Page 4

1 Opie and Anthony Interview_1.txt

19  he's --

20          HOST:  Big man.

21          CHRIS KYLE:  -- he's an older guy, too.

22          HOST:  Yeah, he's an older guy.

23          CHRIS KYLE:  Of course all the guys then

24  started making fun of me.  "So what geriatric"

25  (inaudible) --

                                                    6

1          (Laughter.)

2          HOST:  Wait.  When you hit him, did he hit

3  you back, or...

4          CHRIS KYLE:  No, he -- he went down.

5          HOST:  Oh --

6          HOST:  Like out?  Like was he like --

7          CHRIS KYLE:  I don't think he was out.  It

8  definitely took him off balance.  He went down

9  and --

10          HOST:  But the ref wasn't looking.  They

11  never are.

12          HOST:  Did his walker fall with him?

13          CHRIS KYLE:  Yeah, I think he fell out of

14  his wheelchair.

15          HOST:  Wow.  Wow.  He went down.

16          HOST:  You hit a big dude.  He's a -- he's

17  still Jesse the Body.  I mean, he's an older guy,

18  but he's still a big strong guy.

19          HOST:  Did he awkwardly get up and have to

20  walk out of the place?

21          CHRIS KYLE:  I don't know.  I took off

22  running, because the cops were already outside.  And

23  as soon as I hit him, I knew, SEAL party, SEAL bar,

                        Page 5

1 Opie and Anthony Interview_1.txt

24   cops were watching, they saw the whole thing happen.

25   So I took off running.

7

1            HOST:  Oh, yeah.

2            So Jesse Ventura said to a SEAL at a bar

3   where there was a wake for a SEAL:  "You deserve to

4   lose a few guys"?

5            HOST:  Yeah.

6            CHRIS KYLE:  Yes, he did.

7            HOST:  Repugnant.

8            HOST:  So you make me even happier,

9   because he and I got into a very, very nasty

10   exchange.  Because he -- I was -- I was defending

11   kind of --

12            HOST:  Al Qaeda.

13            HOST:  Yes.  And I said, You know what,

14   they're nice people, Jesse.

15            No.  I said that I kind of agreed with the

16   Afghanistan action.  And he was saying that I'm just

17   a guy who didn't serve who was for the war.  And I'm

18   like:  But that's not where I'm coming from.  I'm

19   not saying fuck -- just go out and fight.  It wasn't

20   at all.

21            So we just got into an ugly thing, and it

22   just got personal.  And --

23            HOST:  What an ass he is.

24            HOST:  He's a douche.  But he really hates

25   my guts.  So I'm so happy you did that, because I'm

8

1   not a man -- like I couldn't stand up and punch him.

2            What happened was as we -- we kept

Page 6

1 Opie and Anthony Interview_1.txt

3   arguing, he patted me on the back, hard.  And I knew

4   he was like -- as he was leaving.  He's like:

5   Thanks for your service.  But it was like one of

6   those.

7           And for me to match him I would have to

8   pat -- and I'm like I'm not going to do what you

9   did.  I wish I was him, though.  How great would

10  that have been --

11          HOST:  No kidding.

12          HOST:  (inaudible) slug him.  So I

13  insulted him.

14          CHRIS KYLE:  Yeah, I'm sure I just caught

15  him off balance and he tripped, but --

16          HOST:  No you didn't.

17          HOST:  That must have been it.  Sure.

18          HOST:  Good for you, man.

19          HOST:  That must have been it.

20          HOST:  I'm so happy.

21          (Transcript ends at 26:32.)

22

23

24

25                                                        9


1   STATE OF MINNESOTA:                    CERTIFICATE
                        :
2   COUNTY OF HENNEPIN:

3           I, Jane T. Doby, Registered Merit
    Reporter, a Notary Public in and for the County of
4   Hennepin, State of Minnesota, certify that the
    foregoing is a transcription of the audio/video
5   event entitled "Opie & Anthony: American Sniper
    Chris Kyle 01-04-2012," found at
6   http://www.youtube.com/watch?v=PBJWIOUBwWU.

7           I was not personally present at this
                        Page 7

1 Opie and Anthony Interview_1.txt

8    event, and therefore I do not have personal
     knowledge of the identities of the various speakers
9    heard.  The foregoing transcription is done to the
     best of my ability, based solely on listening to the
10   audio provided.

11        I further certify that I am not a
     relative or employee or attorney or counsel of any
12   of the parties or a relative or employee of such
     attorney or counsel;

13        That I am not financially interested in
     the action and have no contract with the parties,
14   attorneys or persons with an interest in the
     action that affects or has a substantial tendency
15   to affect my impartiality;

16

17        WITNESS MY HAND AND SEAL this 19th day of
     January, 2012.

18

19

20

21

22        _____
          Jane T. Doby
23        Registered Merit Reporter
          Notary Public
24        Hennepin County, Minnesota

25

Page 8

2 Bill OReilly Interview of Ventura_1.txt

1

1
2
3
4       "Most Lethal Sniper in U.S. Military History"
5
6       Interview by Bill O'Reilly of Jesse Ventura
7
8   http://video.foxnews.com/v/1368298701001/most-lethal
9   -sniper-in-us-military-history
10
11
12
13
14
15
16
17
18
19
20
21                   Transcribed by:
22              Jane T. Doby
                Registered Merit Reporter
23       Doby Professional Reporting, Inc.
                952.943.1587
24              DobyReporting.com
25

2

1                    * * *
2           MR. O'REILLY:  Personal story segment
3   tonight:  Chief Chris Kyle, a Navy SEAL, is

Page 1

EXHIBIT

2 Bill OReilly Interview of Ventura_1.txt

4  officially the most lethal sniper in U.S. military

5  history.  The Chief has written a brand new book

6  called American Sniper, that chronicals his amazing

7  story in Iraq.  I spoke with him last night.

8           So, Chief, I read your book.  Very

9  entertaining.  I recommend it for my audience.  I

10  think they'll like it.

11           First of all, you say you knocked Jesse

12  Ventura to the floor with a punch.  Now, you don't

13  mention his name, but everybody knows who that is.

14           Number one, that -- that happened?  You

15  knocked him out?

16           MR. KYLE:  Well, I knocked him down.

17           MR. O'REILLY:  Knocked him down.  Why?

18  Why would you punch Ventura?

19           MR. KYLE:  It was in '06.  Was the year

20  that we lost our first two SEALS in Iraq.  We came

21  home.  We lost our last guy just before coming home.

22  We had the wake in a SEAL bar there in Coronado.

23           And he was there.  He was there for a

24  speaking engagement at a BUD ceremony, graduating

25  class --

                                                    3


1           MR. O'REILLY:  Because he was a SEAL,

2  right?

3           MR. KYLE:  Yes, sir.

4           MR. O'REILLY:  He was a Navy SEAL.

5           So he was badmouthing the war, right?

6           MR. KYLE:  Badmouthing the war,

7  badmouthing Bush, badmouthing America.

8           MR. O'REILLY:  And you took exception?

Page 2

2 Bill OReilly Interview of Ventura_1.txt

9      MR. KYLE:  I did find a problem with it.

10  The family was there.  I asked him to please tone it

11  down, that we did not want to upset the family

12  members of Mikey Mansoor.

13         MR. O'REILLY:  Who was killed?

14         MR. KYLE:  Yes, sir.  And he earned the

15  Medal of Honor.  He jumped on a grenade and saved

16  everybody else around.

17         MR. O'REILLY:  But I want to be clear.

18  Ventura wasn't attacking him at all, verbally

19  bashing him; he was just bashing the whole thing in

20  general?

21         MR. KYLE:  Yes, sir.

22         MR. O'REILLY:  All right.

23         MR. KYLE:  Until he said we deserve to

24  lose a few guys.

25         MR. O'REILLY:  He said we deserve to --

                                                    4

1   we, the United States --

2          MR. KYLE:  No.  He said, "You, y'all,

3   deserve to lose a few guys."

4          MR. O'REILLY:  Navy SEALS.

5          MR. KYLE:  I -- I'm assuming.  He was

6   saying that to me.

7          MR. O'REILLY:  Was he drunk?

8          MR. KYLE:  No, sir.  I never saw him with

9   a drink in hand at all.

10         MR. O'REILLY:  So once he said, "You

11  deserve to lose a few guys," you popped him?

12         MR. KYLE:  Yes, sir.

13         MR. O'REILLY:  Did he fight back?

Page 3

2 Bill OReilly Interview of Ventura_1.txt

14          MR. KYLE:  He went down.  The cops were

15  there, I took off running.

16          MR. O'REILLY:  You ran?

17          MR. KYLE:  Yes, sir.

18          MR. O'REILLY:  Did they arrest you?

19          MR. KYLE:  No, sir.  I -- I have a master

20  chief that always said, "Punch and run."

21          MR. O'REILLY:  Now, if I ask you a tough

22  question, are you going to pop me tonight?

23          MR. KYLE:  No, sir.

24          MR. O'REILLY:  I'm not (inaudible) but,

25  okay, I'm good.                                    5


1           Now the other thing in the book is that

2   you are credited with 150 certified kills, which

3   means you, as a sniper, took out 150 guys, and

4   somebody else saw it, witnessed it.  So you are the

5   most lethal sniper in U.S. history, and you have the

6   medals to prove it:  Five Bronze Stars, two Silver

7   Stars, and all of that.

8           What struck me in the book, though, is

9   that you considered the people you were killing, the

10  Iraqis you were killing, quote/unquote, savages.

11          MR. KYLE:  The people I was killing, not

12  just Iraqis.  Yes.

13          MR. O'REILLY:  Why did you consider the

14  enemy savages?

15          MR. KYLE:  From their actions.  The way

16  they live day to day, as far as the violence they

17  commit on American troops, the beheadings, the rape

18  of innocent villagers and towns people that they go

Page 4

2 Bill OReilly Interview of Ventura_1.txt

19   into just to intimidate them.

20          They live by putting fear into other

21   people's hearts, and civilized people just don't act

22   that way.

23          MR. O'REILLY:  You were so effective in

24   Iraq that they put $20,000 on your head.  If one of

25   them had killed you, they would have been paid

6

1    $20,000.

2           Do you believe that they considered you a

3    savage?

4           MR. KYLE:  I'm sure they did.  I --

5    honestly, I don't know, and I really don't care.

6           MR. O'REILLY:  So you were committed to

7    killing these people because you in your heart

8    believed that they deserved to die?

9           MR. KYLE:  I wasn't so much committed to

10   killing them, as I was -- I'm committed to making

11   sure every service member that was over there,

12   whether American or Allied, came home.

13          MR. O'REILLY:  But as a sniper, your job

14   is to kill them.  Not wound them, not arrest them.

15   You have to have a certain mentality to be a sniper.

16          MR. KYLE:  Yes.

17          MR. O'REILLY:  You're killing them.

18          MR. KYLE:  Oh, I'm killing them to protect

19   my fellow Americans.

20          MR. O'REILLY:  And you liked it.

21          MR. KYLE:  I -- I --

22          MR. O'REILLY:  You liked that job.  In

23   that book that comes --

Page 5

2 Bill OReilly Interview of Ventura_1.txt

24      MR. KYLE:  Yes.

25          MR. O'REILLY:  You know, it was a -- your

7

1   wife didn't want you to do it, she wanted you to

2   stay home.  You went back -- how many times did you

3   go back?

4          MR. KYLE:  Four times.

5          MR. O'REILLY:  Four times.

6          You liked killing these guys.  Did you

7   ever figure that out?

8          MR. KYLE:  Well, I mean, it -- it's not a

9   problem taking out someone who wants your people

10  dead.  That's not a problem at all.

11         MR. O'REILLY:  Do you ever, now, looking

12  back, have any regrets at all about anything that

13  you did?

14         MR. KYLE:  Yes, I do.  And it's the people

15  I couldn't save.

16         MR. O'REILLY:  The Americans you couldn't

17  save --

18         MR. KYLE:  Yes.

19         MR. O'REILLY:  -- or the Allied forces?

20         MR. KYLE:  Americans, the local Iraqis.

21  Anyone who I witnessed violence coming down on them

22  and I could not save them.

23         MR. O'REILLY:  That's your regret?

24         MR. KYLE:  Yes, sir.

25         MR. O'REILLY:  You don't have post

8

1   traumatic stress or anything like that, or, you

2   know, that you killed so many human beings?  That

Page 6

2 Bill OReilly Interview of Ventura_1.txt

3   doesn't come -- come back at you?

4       MR. KYLE:  None of my problems come from

5   the people I've killed.

6       MR. O'REILLY:  It's very fascinating.  And

7   that's why I want people to read your book, because

8   I think if they do, if they read your book, Chief,

9   American Sniper, they'll understand what war is

10  really about.  Because I think too many of us don't

11  understand what war is really about.

12      MR. KYLE:  I mean, war is hell.  It's

13  definitely -- Hollywood fantasizes about it and

14  makes it look good.  It's -- war sucks.

15      MR. O'REILLY:  But they need guys like you

16  to win.

17      MR. KYLE:  You -- it definitely -- you

18  have to get in the mentality and you have to not

19  think of them as a human being.  You -- you have to

20  portray them as -- that's why I put --

21      MR. O'REILLY:  "Savages."

22      MR. KYLE:  -- "savage," definitely.

23      MR. O'REILLY:  Right.

24      All right, Chief.  Thanks very much.  We

25  appreciate you coming on in.

                                                    9

1       MR. KYLE:  All right.  Thanks.

2   (End.)

3                      ***

4

5

6

7

                      Page 7

2 Bill OReilly Interview of Ventura_1.txt

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                          10

1   STATE OF MINNESOTA:                    CERTIFICATE
                                :
2   COUNTY OF HENNEPIN:

3           I, Jane T. Doby, Registered Merit
    Reporter, a Notary Public in and for the County of
4   Hennepin, State of Minnesota, certify that the
    foregoing is a transcription of the audio/video
5   event entitled "Most Lethal Sniper in U.S. Military
    History," found at
6   http://video.foxnews.com/v/1368298701001/most-lethal
    -sniper-in-us-military-history.

7
            I was not personally present at this
8   event, and therefore I do not have personal
    knowledge of the identities of the various speakers
9   heard.  The foregoing transcription is done to the
    best of my ability, based solely on listening to the
10  audio provided.

11          I further certify that I am not a
    relative or employee or attorney or counsel of any
12  of the parties or a relative or employee of such
                        Page 8

2 Bill OReilly Interview of Ventura_1.txt

attorney or counsel;

13

That I am not financially interested in

14  the action and have no contract with the parties,
attorneys or persons with an interest in the

15  action that affects or has a substantial tendency
to affect my impartiality;

16

17        WITNESS MY HAND AND SEAL this 15th day of
January, 2012.

18

19

20

21

22

23  _____

Jane T. Doby
24  Registered Merit Reporter
Notary Public
25  Hennepin County, Minnesota

Page 9

5 Fox Five.txt

1

1
2
3
4
5     "Fox Retracts the Chris Kyle Punches Jesse Ventura

6               story! OK, not really"

7

8         http://www.youtube.com/watch?v=f4P2fzR9dcA

9
10
11
12
13
14
15
16
17
18
19
20
21
22               Transcribed by:

23           Jane T. Doby
          Registered Merit Reporter
24      Doby Professional Reporting, Inc.
           DobyReporting.com
25            952.943.1587

2

1         FEMALE HOST 1:  All right.  Well, we've

2    got an update to a story that we brought you last

3    week.  Jesse Ventura is now responding to the Navy

Page 1



5 Fox Five.txt

4    SEAL who said he punched him out.  Now, to refresh

5    your memory, here is what Chief Kyle said on the

6    O'Reilly Factor Thursday night.

7              "MR. O'REILLY:  Why would you punch
     Ventura?
8              MR. KYLE:  It was in '06.  Was the year
     that we lost our first two SEALS in Iraq.  We came
9    home.  We lost our last guy just before coming home.
     We had the wake in a SEAL bar there in Coronado.
10             And he was there.  He was there for a
     speaking engagement at a BUD ceremony, graduating
11   class --
               MR. O'REILLY:  Because he was a SEAL,
12   right?
               MR. KYLE:  Yes, sir.
13             MR. O'REILLY:  He was a Navy SEAL.
     So he was badmouthing the war, right?
14             MR. KYLE:  Badmouthing the war,
     badmouthing Bush, badmouthing America."

15

16             FEMALE HOST 1:  All right.  Well, Ventura

17   is saying that these events never happened.  In

18   fact, he writes on FaceBook, quote:  If this

19   happened six years ago, someone would have known of

20   it before now.  I have always opposed the war in

21   Iraq, but I have never spoken or wished any ill will

22   towards the soldiers.  Someone is out to destroy my

23   credibility."

24             So that's his response.  My question to

25   you, the five.                                      3


1              FEMALE HOST 2:  Did he write that, post

2    that from his newly adopted country, Mexico?

3    Because isn't that where Jesse Ventura moved to?

4              MALE HOST:  Yeah.

5              FEMALE HOST 1:  (inaudible)

6              FEMALE HOST 2:  I believe the Navy SEAL.

7              FEMALE HOST 1:  You've got something good

8    here, Eric, because you interviewed him.

5 Fox Five.txt

9     MALE HOST 1:  I completely believe this

10    Navy SEAL.  I had the discussion about a year ago

11    with Jesse Ventura and I brought up, you know, his

12    9/11 conspiracy theory, which by the way, he was

13    pedaling on some reality TV show he was doing.

14          Just take a look at that picture.  He got

15    so mad at me.  I mean, he was -- he literally was

16    pointing the finger at me.  Then he stood up and

17    started shaking -- his finger was shaking at me.

18    And all I said was, "Look, I don't think you're

19    being patriotic saying that President Bush or Dick

20    Cheney had anything to do with 9/11."  He went

21    ballistic on me.  So I agree, I believe the Navy

22    SEAL Kyle when he says --

23          FEMALE HOST 1:  In that picture, if you

24    drop the lower third, you see he has the SEAL's

25    shirt on and the Navy SEAL trident as well.

                                                            4


1           But, I mean, look, he's in trouble

2     obviously with that community because of the

3     comments that he has made, Greg.

4           MALE HOST 2:  Well, he says that they're

5     trying to destroy his credibility, but he's been

6     doing an excellent job at that for -- by himself.

7     He's a giant boob.  And the thing that bugs me most

8     about conspiracy mongers is --

9           FEMALE HOST 1:  Don't give boobs a bad

10    name.

11          MALE HOST 2:  Conspiracy mongers

12    mistakenly think that conspiracy thinking represents

13    intellectual thought; when in fact, when you're

Page 3

5 Fox Five.txt

14   dealing with a conspiracy, all you're doing is

15   posing questions, never answers.  So it's always the

16   responsibility of you to answer their questions.

17          The best way to deal with a 9/11 truther

18   is go back at them and go:  How do I know you're not

19   behind 9/11?  That the government employed idiots

20   like you to purvey these silly conspiracies so you

21   actually don't think the government did it.  That's

22   mind blowing.

23          MALE HOST 3:  Can I pull a Greg on you?

24          MALE HOST 2:  Yes.

25          MALE HOST 3:  Why do you wear your glasses

                                                          5

1    like that?

2           MALE HOST 2:  Because I can't see my nose.

3           MALE HOST 3:  Oh, okay.  I got it.  By the

4    way, you should leave boobs alone.

5           Jesse Ventura got elected governor.  If we

6    remember, this is a guy that ran as an independent.

7    He ran it on that -- remember that picture of him

8    going around the circle with all -- his oiled up

9    arms?  All from steroids.  I used a lot of steroids,

10   I must admit.  I'm past the statute of limitations.

11   It does do some things to your brains, and I don't

12   think that I would take Jesse's word over this other

13   guy's word for a second.  Not that Jesse's

14   necessarily lying, he just can't remember.

15          MALE HOST 2:  That's true.

16   (end.)

17

18

                        Page 4

5 Fox Five.txt

19

20

21

22

23

24

25                                                                            6


1    STATE OF MINNESOTA:
                        :              CERTIFICATE
2    COUNTY OF HENNEPIN:

3            I, Jane T. Doby, Registered Merit
     Reporter, a Notary Public in and for the County of
4    Hennepin, State of Minnesota, certify that the
     foregoing is a transcription of the audio/video
5    event entitled "Fox Retracts the Chris Kyle Punches
     Jesse Ventura story! OK, not really," found at
6    http://www.youtube.com/watch?v=f4P2fzR9dcA.

7            I was not personally present at this
     event, and therefore I do not have personal
8    knowledge of the identities of the various speakers
     heard.  The foregoing transcription is done to the
9    best of my ability, based solely on listening to the
     audio provided.

10
             I further certify that I am not a
11   relative or employee or attorney or counsel of any
     of the parties or a relative or employee of such
12   attorney or counsel;

13           That I am not financially interested in
     the action and have no contract with the parties,
14   attorneys or persons with an interest in the
     action that affects or has a substantial tendency
15   to affect my impartiality;

16
             WITNESS MY HAND AND SEAL this 16th day of
17   January, 2012.

18

19

20

21

22                          _____
                            Jane T. Doby
23                          Registered Merit Reporter
                            Notary Public
                                 Page 5

5 Fox Five.txt

24          Hennepin County, Minnesota

25

4 Opie and Anthony Interview of  Kyle and Jones.txt

1

1

2    "Radio Host Confronts SEAL Sniper Over Ventura Bar

3        Brawl Story…and Reveals 'Psy-Ops' Theory"

4

5            Opie and Anthony Interview of

6             Chris Kyle with Alex Jones

7

8    http://www.theblaze.com/stories/radio-host-confronts

9    -seal-sniper-over-ventura-bar-brawl-story-and-reveal

10   s-psy-ops-theory/

11

12

13

14

15

16

17

18

19

20

21            Transcribed by:

22        Jane T. Doby
              Registered Merit Reporter
23    Doby Professional Reporting, Inc.
                 952.943.1587
24           DobyReporting.com

25                                                    2

1            (Part 1)

2        HOST:  We got Chris Kyle on the line.  We

3    were just discussing the whole Chris Kyle thing.

EXHIBIT

4 Opie and Anthony Interview of  Kyle and Jones.txt

4         HOST:  Oh, yeah.

5         HOST:  Hey, Chris.

6         MR. KYLE:  Hi, guys.  How are you all

7    doing.

8         HOST:  Turn the music off.

9         HOST:  Turn the music -- Jesus.

10        (laughter)

11        HOST:  Jesus.

12        HOST:  Sorry, Chris.

13        (laughter)

14        HOST:  Is this rock radio?

15        HOST:  I guess (inaudible) was enjoying

16   (inaudible).  Was doing it for his own pleasure.

17        HOST:  Hi, Chris.  How are you?

18        HOST:  What's up, Chris.

19        MR. KYLE:  Not much.  How are you all

20   doing?

21        HOST:  Well --

22        HOST:  Good, buddy.

23        HOST:  -- you told a story on our show

24   that you -- you punched Jesse Ventura in a bar.

25   And, wow, the story took off, man.

3

1         HOST:  Was this the first place you had

2    ever told that story, publicly?

3         MR. KYLE:  It -- well, yes.  I mean, for a

4    big audience like that.  I mean, the event is in the

5    book, but I purposely left his name out, because I

6    didn't want that whole thing to take off like that.

7         And then ever since then, I've been trying

8    to kind of deflect questions from it, because not

Page 2

4 Opie and Anthony Interview of  Kyle and Jones.txt

9   trying to make money off of putting him down or

10   anything.

11          HOST:  Yeah.

12          HOST:  Yeah.  We -- we got a tip that it

13   was Jesse Ventura.  We asked you, and we decided to

14   say yes to that, and -- and admit it was Jesse

15   Ventura.  Because in, like you said, in the book

16   it's very vague.  You said you punched a guy, "Fuzzy

17   Face guy" was it?  Was that the exact --

18          MR. KYLE:  Yeah, "Scruffy face."

19          HOST:  Scruffy face, right, right.

20          Well, a lot of people are now calling you

21   a liar, including --

22          HOST:  I believe you, by the way.

23          HOST:  Yeah, so do I.

24          HOST:  Yeah, so far we believe you,

25   absolutely.

                                                    4


1          MR. KYLE:  Well, I -- they can call me

2   whatever they want, because I know this thing has

3   gotten so blown up that the only way to actually put

4   it to rest is the witnesses.  I have asked them to

5   stay out of it, to where finally now I've said, You

6   know what, just go ahead, come out with it --

7          HOST:  Oh, okay.

8          MR. KYLE:  -- and put this behind us.

9          HOST:  Good idea.

10          HOST:  Oh, you have actually asked them to

11   speak up.  Because there was audio we heard of

12   Ventura -- of course you probably heard it too --

13   where he's denying ever meeting you, and he's

                        Page 3

4 Opie and Anthony Interview of Kyle and Jones.txt

14  harping on the fact that a crime has been committed

15  and maybe he should file charges.

16      MR. KYLE:  Well, he definitely should, if

17  he thinks that's right.

18      HOST:  Do you regret it at all?

19      MR. KYLE:  You know what, I wish I would

20  have handled it differently.  I mean, I don't -- I

21  mean, the story, I think, definitely needed to be in

22  the book like it is.  But as far as -- yeah, I

23  probably should have played it down to where his

24  name didn't get out there.  But, you know what, it

25  is now, so I'm ready to go on with it.

                                                    5

1       HOST:  What exactly happened, Chris?  If

2   you could just refresh, because a lot of people

3   might not have heard you on that moment.  Just if

4   you could give us a brief -- just kind of sum the

5   story up so people know what we're talking about.

6       MR. KYLE:  It was the wake for Mikey

7   Mansoor, and of course all the families were there.

8       He was there.  He started getting loud and

9   voicing his opinion coming out against the war and

10  the troops and everything.  So we asked him to keep

11  it down.  And he got belligerent about it, and

12  finally said we deserve to lose a few.

13      HOST:  Yeah, that's way over the line.

14      HOST:  Now, was he -- he was there -- this

15  was in a bar, just so people know?

16      MR. KYLE:  Yes.  It was the outside patio

17  portion of a bar, and we were standing on the

18  sidewalk of it.

                    Page 4

4 Opie and Anthony Interview of Kyle and Jones.txt

19          HOST:  Now, was he with anybody or was he

20   alone, to your knowledge?

21          MR. KYLE:  No, I mean, he was definitely

22   there at the bar with people.

23          HOST:  Oh, he was with people.  So there's

24   a few people that saw this?

25          MR. KYLE:  Oh, there's a bunch of people

                                                    6


1    that saw this.

2           HOST:  Yeah, and they've -- they've spoken

3    about it like in smaller circles over the years.

4    It's not like this has been a complete secret.

5           MR. KYLE:  Oh, no.  I mean, the entire

6    community has known about this.

7           HOST:  And this is a room -- like --

8    there's a radio guy who is friends with Jesse

9    Ventura, who he thinks that we all scripted this

10   together.  I guess because Opie just happened to

11   look over at the instant feedback, which is the one

12   time instant feedback actually, you know, gave us

13   something helpful.

14          HOST:  Actually -- actually, it was a

15   phone call.

16          HOST:  Oh, a phone call?  Okay.

17          HOST:  It seemed like it might have been

18   someone that really knows Chris Kyle, and was kind

19   of just, you know, hoping that you were finally

20   going to mention the name.

21          But Alex Jones says that it's a

22   conspiracy; we were in on the conspiracy, even

23   though we just met you that morning.

                         Page 5

4 Opie and Anthony Interview of Kyle and Jones.txt
24        And by the way, we thought you were
25   awesome.                                          7


1              HOST:  Yeah.,
2              HOST:  We think you did the greatest.
3              HOST:  Oh, yeah.  People loved you on the
4    show, man.
5              HOST:  And they also -- Alex Jones also
6    says we scripted the whole thing.  So we helped you
7    along and we got together and we came up with this
8    whole thing.
9              MR. KYLE:  Right, and I've heard all of
10   those rumors.
11             HOST:  Jesse was the wrestler.  He -- he
12   did the scripted stuff not --
13             HOST:  Right.
14             HOST:  -- not other people.
15                   (Part 2)
16             HOST:  ... comfortable to me.
17             MR. JONES:  Chris, listen, I hope for
18   you -- your sake that you are telling the truth.
19   And, you know, I mean, Jesse is so freaked out by
20   this, he's saying, you know, Do they have a body
21   double of me or something?  Let me tell you, I --
22             HOST:  Oh, well, that's paranoia.
23             MR. JONES:  -- talked to him off air.  He
24   is completely, he is completely flummoxed and -- and
25   dumbfounded.                                       8


1              HOST:  "I'm flummoxed and dumbfounded."
2              HOST:  Chris, were -- Chris, were you
                           Page 6

4 Opie and Anthony Interview of  Kyle and Jones.txt

3   tempted to put Jesse's name in the -- because, Alex,

4   one thing that makes this more believable to me is

5   that Chris did not put the name in the book.

6           MR. JONES:  The publisher probably said he

7   couldn't prove it.

8           HOST:  The publisher --

9           MR. KYLE:  No.

10          HOST:  No, Chris Kyle is saying today,

11  Alex, that he can prove this, and allow the guys

12  that know about this, he finally told them, Yeah,

13  you could -- you could tell everyone what you saw

14  that day.

15          MR. JONES:  Okay.  Well, that's not what

16  the owner of the bar is going to say.

17          HOST:  Now, Chris, why didn't you put it

18  in the book, honestly?

19          MR. KYLE:  Because I didn't want this

20  whole reaction to come out here.

21          HOST:  Yeah, see.

22          MR. JONES:  I'm not trying to sell my book

23  off of making someone else look bad.

24          HOST:  And, Alex, is it possible, because

25  we heard you call --                              9

1   (end)

2                       (Part 3)

3           HOST:  So you think Chris Kyle is lying.

4           MR. JONES:  I don't believe that Jesse

5   Ventura said, "You deserve to lose a few Navy

6   SEALs."

7           HOST:  No, no, no.  All right.  Fair
                          Page 7

4 Opie and Anthony Interview of Kyle and Jones.txt

8    enough.  But do you think Chris Kyle punched Jesse

9    Ventura and knocked him down?

10           MR. JONES:  I told you that when I first

11   was sitting there -- you know, they come in during a

12   break when I was on the radio like last Thursday and

13   they said, "Have you seen this," you know, "from the

14   Opie and Anthony show?"

15           And I said no.  Scene 1, they said here it

16   is, they pulled it up on screen, and I started

17   watching it.

18           And he says, you know, he was in there

19   talking bad about the war, blah, blah, and I

20   thought, Oh, well maybe there was a fight.

21           And then when he gets to the part about,

22   you know, "You deserve to lose a few," I was like,

23   That's a bunch of bull.

24           And so that -- that was my initial

25   response.  Is that -- is that I can imagine Jesse

                                                        10


1    Ventura, you know, sometime making somebody angry

2    talking bad about the war and some type of

3    altercation ensuing.

4            But the part about him saying that, I -- I

5    cannot see that happening.  And now that Jesse

6    denied it, I have to believe Jesse.

7            And let me tell you, Jesse is so shocked

8    that another Navy SEAL would say something like

9    this, because he thinks they're all honorable, that,

10   you know, off air -- he even said some of it on

11   air -- he's like, My God, Alex, do you think like --

12   like they had a double in there, this is some type

                         Page 8

4 Opie and Anthony Interview of Kyle and Jones.txt

13  of a psyop.

14          HOST:  Enough of the psyop.

15          HOST:  Now, Chris, is it possible that you

16  and Jesse were arguing or you were debating and he

17  said something to the effect of it's only natural

18  you're going to lose a few?  Are you 100 percent

19  sure that he said it and with the intention that you

20  heard it?

21          MR. KYLE:  No.  I feel that (inaudible) he

22  said exactly what I thought I heard.  Them other

23  guys that were standing right there --

24          HOST:  Oh, they heard it as well?

25          MR. KYLE:  -- exact same way.  And I feel

                                                    11


1  horrible about it coming out the way it has, and I'm

2  sorry I handled it the way I did on your show.  I --

3  I guess I should have just denied it and said I

4  don't know what you're talking about.  But -- and I

5  had no idea -- and after all of this has come out,

6  I've listened to different interviews of people

7  trying to, you know, say I'm lying and everything.

8  I had no idea Mr. Ventura was trying to -- was

9  thinking about public office, doing all of this

10  other stuff.  I honestly have no idea who this Perle

11  guy is.

12          So, no, I'm not part of some bigger thing

13  trying to discredit him.  Yeah, I feel bad that now

14  all of a sudden all of this attention is on this.

15  And I'm trying to get a story out there about, hey,

16  you all look at what the troops have to go through,

17  take notice and let's take care of these vets.

4 Opie and Anthony Interview of Kyle and Jones.txt

18      MR. JONES:  Mr. Kyle, can I ask you a

19  question?

20                    (Part 4)

21      MR. JONES:  And I'm telling you, if Jesse

22  is lying, he is -- he is a better liar than even

23  Herman Cain.  If he's lying, he's one of the best

24  liars I've ever seen.

25      HOST:  So -- so that means you're saying

                                                    12


1  Chris Kyle is lying.

2       Chris, there's no doubt in your mind you

3  punched Jesse Ventura that day, right?

4       MR. KYLE:  Yes, sir, definitely.

5       And Mr. West (phonetic), you're a friend

6  of Mr. Ventura's.  I'd be more than happy, if you

7  would like to set up a time for me and him, not on

8  the air, me and him, to be able to talk, whether on

9  the phone or in person.  I'll be in California

10  next -- or this week, and Vegas the week after.  I'd

11  be more than happy to sit down, me and him talk and

12  settle this thing.

13      MR. JONES:  Wow, that would be a

14  newsworthy event.

15      MR. KYLE:  Well, why even make it on the

16  news.  I mean, I'm trying to --

17      HOST:  Yeah, Alex, what's wrong with you?

18      MR. KYLE:  -- (inaudible) the questions on

19  this.  He wants this thing to go away.  I fully,

20  100 percent believe I'm telling the truth, you

21  believe him.  I think him and I could definitely

22  clear the air.
                    Page 10

4 Opie and Anthony Interview of  Kyle and Jones.txt

23    (end)

24

25

13

1    STATE OF MINNESOTA:
                                      :              CERTIFICATE
2    COUNTY OF HENNEPIN:

3            I, Jane T. Doby, Registered Merit
     Reporter, a Notary Public in and for the County of
4    Hennepin, State of Minnesota, certify that the
     foregoing is a transcription of the audio/video
5    event entitled, "Radio Host Confronts SEAL Sniper
     Over Ventura Bar Brawl Story…and Reveals 'Psy-Ops'
6    Theory," found at
     http://www.theblaze.com/stories/radio-host-confronts
7    -seal-sniper-over-ventura-bar-brawl-story-and-reveal
     s-psy-ops-theory/.

8
             I was not personally present at this
9    event, and therefore I do not have personal
     knowledge of the identities of the various speakers
10   heard.  The foregoing transcription is done to the
     best of my ability, based solely on listening to the
11   audio provided.

12           I further certify that I am not a
     relative or employee or attorney or counsel of any
13   of the parties or a relative or employee of such
     attorney or counsel;

14
             That I am not financially interested in
15   the action and have no contract with the parties,
     attorneys or persons with an interest in the
16   action that affects or has a substantial tendency
     to affect my impartiality;
17

18           WITNESS MY HAND AND SEAL this 16th day of
     January, 2012.
19

20

21

22           _____
     Jane T. Doby
23   Registered Merit Reporter
     Notary Public
24   Hennepin County, Minnesota

25

Page 11