# EXHIBIT A

*AOL*
1-26-12

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

GOVERNOR JESSE VENTURA, a/k/a
James G. Janos, an individual,

Court File No. _____

    Plaintiff,

v.

CHRIS KYLE, an individual,

    Defendant.

## SUMMONS

**THE STATE OF MINNESOTA TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's attorneys an Answer to the Complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This case may be subject to Alternative Dispute Resolution (ADR) processes under Rule 114 of the General Rules of Practice for the District Courts. The Court Administrator or your attorney can provide you with information about ADR options and a list of neutrals available in your area. ADR does not affect your obligation to respond to the Summons and Complaint within twenty (20) days.

Dated: January 23, 2012

HENSON & EFRON, P.A.

By _____
David Bradley Olsen, 197944
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500
Attorneys for Plaintiff

440660 DOC