# EXHIBIT C

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

GOVERNOR JESSE VENTURA, a/k/a )
James G. Janos, an individual, )
)  Court File No. _____
Plaintiff, )
)
v. )
)
)  **NOTICE OF FILING OF NOTICE OF**
)  **REMOVAL TO FEDERAL COURT**
CHRIS KYLE, an individual, )
)
)
Defendant. )
)
)

TO THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT, HENNEPIN COUNTY, MINNESOTA:

PLEASE TAKE NOTICE THAT on this date Defendant Chris Kyle filed the attached Notice of Removal in the United States District Court for the District of Minnesota, to remove this action to that court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal together with the filing with this Court of the attached copy of the Notice of Removal effects the removal of this action. No further proceedings may be had in the Fourth Judicial District Court, Hennepin County, Minnesota, unless and until the action is remanded.

This the 23rd day of February 2012

**FAEGRE BAKER DANIELS LLP**

*/s/ Leita Walker*

John P. Borger, MN #9878
Leita Walker, MN #387095
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

**ATTORNEYS FOR DEFENDANT
CHRIS KYLE**

fb.us.8137598.01