UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Governor Jesse Ventura, a/k/a James G. Janos, an individual, | Civil No. 12-472 RHK/AJB |
| Plaintiff, | |
| vs. | MOTION TO COMPEL ANSWERS TO DEFENDANT'S DISCOVERY REQUESTS |
| Chris Kyle, an individual, | |
| Defendant. | |

TO: Plaintiff above-named and his counsel of record David Bradley Olsen and John N. Bisanz, Jr., Henson & Efron, P.A., 220 South Sixth Street, Suite 1800, Minneapolis, MN 55402-4503

Defendant Chris Kyle moves, pursuant to Fed. R. Civ. Proc. 37, for an order compelling Plaintiff Jesse Ventura to provide full responses to certain discovery requests, specifically Interrogatory Nos. 7 and 11.

This motion is based upon all of the files, records, and proceedings herein, and upon the memorandum of law, declarations, and other supporting documents to be filed herewith.

Dated: August 23, 2012          **FAEGRE BAKER DANIELS LLP**

                                       s/*Leita Walker*
John P. Borger, MN #9878
Leita Walker, MN #387095
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

**ATTORNEYS FOR DEFENDANT CHRIS KYLE**

fb.us.9044171.01