## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gov. Jesse Ventura,

**Civil No. 12-472 RHK/AJB**

Plaintiff,

vs.

Chris Kyle,

Defendant.

**DECLARATION OF LEITA
WALKER IN SUPPORT OF
MOTION TO COMPEL ANSWERS
TO DEFENDANT'S DISCOVERY
REQUESTS**

I, Leita Walker, hereby declare as follows:

1.      I am an attorney at Faegre Baker Daniels LLP, which represents Defendant

Chris Kyle in the above-captioned case.

2.      Attached hereto as Exhibit A is a true and correct copy of Defendant's

Interrogatories and Requests for Production of Documents.

3.      Attached hereto as Exhibit B is a true and correct copy of Plaintiff's

Objections and Responses to Defendant's Interrogatories and Requests for Production of

Documents (unexecuted).

4.      Attached hereto as Exhibit C is a true and correct copy of a letter dated June

20, 2012, from John P. Borger to David Bradley Olsen.

5.      Attached hereto as Exhibit D is a true and correct copy of Plaintiff's

Objections and Supplemental Responses to Defendant's Interrogatories and Requests for

Production of Documents (unexecuted).

6.      Attached hereto as Exhibit E is a true and correct copy of a letter dated July 10, 2012, from John N. Bisanz, Jr. to John P. Borger and Leita Walker (redacted to protect Ventura's residential addresses from public disclosure).

7.      Attached hereto as Exhibit F is a true and correct copy of a letter dated July 11, 2012, from John P. Borger to David Bradley Olsen and John N. Bisanz, Jr.

8.      Attached hereto as Exhibit G is a true and correct copy of a July 12, 2012 email from John P. Borger to David Bradley Olsen

9.      Attached hereto as Exhibit H is a true and correct copy of a letter dated July 18, 2012, from John N. Bisanz, Jr., to John P. Borger and Leita Walker

10.     Attached hereto as Exhibit I is a true and correct copy of an email exchange between Leita Walker and David Bradley Olsen and John N. Bisanz, Jr

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 23, 2012                     /s/Leita Walker

                                           Leita Walker

fb.us.9044204.01

-2-