# EXHIBIT G

## Soppeland, Miriam (Mimi)

**From:** Beety, Shelley A.
**Sent:** Thursday, August 23, 2012 8:32 AM
**To:** Soppeland, Miriam (Mimi)
**Subject:** FW: Ventura v. Kyle

**From:** Borger, John P.
**Sent:** Thursday, July 12, 2012 11:55 AM
**To:** 'Chris Kyle'; Chris Kirkpatrick; Hunn, Trina; Schaefer, Jerome
**Cc:** Walker, Leita
**Subject:** FW: Ventura v. Kyle

FYI.

This message and any files transmitted with it are confidential and intended to be a privileged communication. It is intended solely for the addressee(s). Access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or omitted to be taken in reliance on this message, is prohibited and may be unlawful. Please do not reply to this email or send email to this attorney if you are using an unsecured computer that could be accessed by unauthorized third parties and if your communication contains confidential information.

If you received this message in error, please notify the sender by e-mail or by telephone and delete it from your system. Thank you for your compliance.

**From:** Borger, John P.
**Sent:** Thursday, July 12, 2012 11:54 AM
**To:** 'David Bradley Olsen'
**Cc:** Walker, Leita
**Subject:** Ventura v. Kyle

Dear David,

Plaintiff's responses to Defendant's document requests state that "non-privileged documents responsive to [these requests], to the extent they exist and can be located, will be produced for inspection and copying at a date, time and place to be mutually agreed." Please provide copies of any documents you have gathered so far, no later than next Wednesday, July 11. If you believe that the volume of documents is so great that copying should be preceded by inspection and selection, please suggest times for inspection during the weeks of July 16 and 23.

I note that your letter dated July 10 omitted any reference to Document Request No. 7 (discussed in my June 20 letter to you). Was that inadvertent? Do documents exist of the sort that I described in that letter?

I recognize that you are "currently working with Governor Ventura to compile any documents responsive to Defendant's document requests, subject to Governor Ventura's previous objections." Please let me know what documents you anticipate producing after the next week or so, and when you anticipate producing them. Obviously, we need as full a production as possible before we depose Plaintiff.

John


This message and any files transmitted with it are confidential and intended to be a privileged communication. It is intended solely for the addressee(s). Access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or omitted to be taken in reliance on this message, is prohibited and may be unlawful. Please do not reply to this email or send email to this attorney if you are using an unsecured computer that could be accessed by unauthorized third parties and if your communication contains confidential information.

If you received this message in error, please notify the sender by e-mail or by telephone and delete it from your system. Thank you for your compliance.