# EXHIBIT H

# Henson & Efron
PROFESSIONAL ASSOCIATION

220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503

Telephone (612) 339-2500
Facsimile (612) 339-6364
www.hensonefron.com
firm@hensonefron.com

Direct Dial (612) 252-2864
jbisanz@hensonefron.com

July 18, 2012

**VIA FACSIMILE AND U.S. MAIL**
John P. Borger
Leita Walker
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Re:  Governor Jesse Ventura v. Chris Kyle
     Case No. 12-cv-00472 (RHK/AJB)
     Our File No. V145-46700

Dear Counsel:

This letter is in response to your July 11, 2012 letter and your July 12, 2012 e-mail.

First, as we have previously indicated, we are still working with Governor Ventura to compile documents responsive to the Defendant's Document Requests. Documents will be made available to you for inspection and copying once we have had an opportunity to review them. As it pertains to your July 11, 2012, letter, we believe Interrogatories Nos. 1 and 12 have been sufficiently answered.

Second, Governor Ventura's answers to Interrogatories Nos. 7 and 11 are sufficient as well and will not be further supplemented. The Published Statements are false and defamatory as a whole, and have collectively caused Governor Ventura harm, humiliation and emotional distress.

Third, we disagree with your assertion that past medical records may lead to the discovery of relevant evidence.

With regard to our July 10, 2012, letter, the omission of Document Request No. 7 was inadvertent. As with the other Document Requests, and subject to his prior objections, Governor Ventura will provide responsive documents to the extent they exist and can be located.

John P. Borger
Leita Walker
July 18, 2012
Page 2

Finally, no documents will be produced today. We are working with our client to expedite production and will make documents available to you on a rolling basis as they are provided to us.

Very truly yours,

HENSON & EFRON, P.A.

John N. Bisanz, Jr.

JNB/kag/453879.DOC

cc:   Governor Ventura and Terry Janos
      David Bradley Olsen