UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Governor Jesse Ventura, a/k/a James G. Janos, an individual,

Plaintiff,

vs.

Chris Kyle, an individual,

Defendant.

Civil No. 0:12-cv-00472

DECLARATION OF
DEBBIE JOB

I, Debbie Job, do state that the following facts are true and correct to the best of my knowledge and belief:

1. I provide this Declaration based on my personal knowledge and information and do so from my state of residence in the State of Washington.

2. My son, Ryan Job, was a Navy SEAL in Chris Kyle's platoon. Ryan was shot and blinded in 2006 while serving in Iraq. He returned home, got married, and went to college. Then, in 2009, he died after undergoing surgery related to the injuries he sustained in Iraq. Ryan was living in Phoenix, Arizona, when he died.

3. Chris talks about Ryan at several places in his book *American Sniper*, including at pages 213–16, 280–88, 310–11, 363–65. I have read the entire book.

4. I remember reading the part of the book titled "Punching Out Scruff Face." I know that "Scruff Face" refers to Jesse Ventura, because I was at McP's Irish Pub on

the day in question and saw Ventura there. Otherwise, I would not have known who "Scruff Face" was, given the limited description of him in the book.

5. Ryan had just started blind rehabilitation when Mikey Monsoor was killed in Iraq. I went to Mikey's funeral, as did Ryan and his girlfriend Kelly (they later married). It may have been at Mikey's funeral that I first met Chris, although I may have spoken to him on the phone prior that time.

6. After Mikey's funeral, a bunch of his family and friends went to McP's. It was still light out when I arrived. I remember that I was sitting with Debbie Lee for part of the afternoon and evening. Throughout the entire time I was at McP's I had two, or maybe three drinks.

7. At some point, Ryan and Chris were sitting near each other and Chris decided to introduce Ryan to Ventura, who was standing near the front of the patio at McP's with a group of people I didn't know.

8. Someone also brought Ventura over to the table where Debbie Lee and I were sitting to introduce us to him. Based on what I had seen of Ventura in the media, I did not have a good opinion of him, was not impressed that he was at McP's, and didn't care to meet him.

9. Given the passage of time, I can't recall anything I might have heard Ventura say that day at McP's. I do recall that people were bothered by things he was saying and how he was acting, given that we were all there in remembrance of Mikey.

10. I have no doubt that the section in Chris's book in which he describes punching Ventura is true. If anything, Chris would downplay that incident. His account is

-3-

consistent with my recollections of the events at McP's, to the extent that I was able to observe them and to the extent that I remember them.

11.  After Ryan died, Chris came to Phoenix and was the Casualty Officer for my immediate family the entire time we were there. He was with us almost constantly for close to two weeks, helping us with anything and everything we needed, including driving us everywhere we needed to go. We became close to Chris during that time. He's a very kind and loving person. He has a huge heart and really cares about people.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Dated at Issaquah, Washington, this 6th day of March, 2012.

_____
Debbie Job