UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Governor Jesse Ventura, a/k/a James G. Janos, an individual, | Civil No. 0:12-cv-00472 |
| Plaintiff, | **DECLARATION OF DEBBIE LEE** |
| vs. | |
| Chris Kyle, an individual, | |
| Defendant. | |

I, Debbie Lee, do state that the following facts are true and correct to the best of my knowledge and belief:

1. I provide this Declaration based on my personal knowledge and information and do so from my state of residence in the State of Arizona.

2. My youngest son was Marc Lee. He was a Navy SEAL and was killed in Iraq. His citation from the U.S. Government states that during an engagement with the enemy his team came under heavy enemy fire and that to protect his teammates he voluntarily exposed himself and was mortally wounded. Chris Kyle describes my son and his death in the book *American Sniper* at pages 216–17, 283–87, and 365–66. I have read the entire book.

3. After Marc's death, I founded a nonprofit organization called America's Mighty Warriors. Its website is http://americasmightywarriors.org/blog/. I also do work

for Move America Forward, an organization dedicated to supporting our troops and their missions in the war on terror.

4. When Marc died, three or four of his teammates escorted his body back to the United States, and I was able to meet them. Marc had described to me how he felt like his teammates were his brothers. I never understood what he meant until he died, when I saw how affected his teammates were by his death. From that point on, I viewed them as my adopted sons. After Marc's funeral, the teammates who had escorted his body returned to Iraq but I wrote to them and spoke with them on the phone frequently.

5. In the fall of 2006, Marc's teammates arrived back in the United States and I went to North Island Airbase to meet them. Chris was also at the airbase, and it was there that I first met him.

6. Along with Chris and Marc's other teammates, I went to Mikey Monsoor's funeral. I had never met Mikey, but Marc had died only six or seven weeks before Mikey died, and I felt like I needed to be at Mikey's funeral for the Monsoor family.

7. After Mikey's funeral, I went to McP's Irish Pub & Grill, where his friends and family were congregating . I arrived sometime in the mid-afternoon. I don't remember if Chris or Jesse Ventura were there when I arrived, but both were at McP's later in the day. I know Ventura was there because Marc's teammates pointed him out to me.

8. Throughout the entire time I was at McP's I had no more than a glass and one-half of wine. I am not a heavy drinker. In fact, I did not notice any of Mikey's friends or family members drinking heavily. It was not a belly-up-to-the-bar type of event. We

were there mourning Mikey, and people were reserved and respectful. I don't know how much Chris drank while at McP's, but he did not appear drunk, out of control, or belligerent in any way.

9. After I had been at McP's about an hour, and while it was still light outside, Bobby Gassoff, one of Marc's teammates, brought Ventura over to me so I could meet him. I remember that I was sitting at a table on the patio at McP's with my back to Orange Avenue.

10. I was stunned by the way Ventura acted when Marc's teammates introduced him to me. He was very arrogant. Marc's teammates had introduced me as the mother of a fallen hero and all Ventura could talk about was himself. He never said anything about Marc. He did not express gratitude for my son's service. He did not say he was sorry for my loss. All I heard him say was "I" did this or "I" did that. I eventually stopped listening.

11. I left McP's after dark but before the altercation between Chris and Ventura that Chris describes in his book took place.

12. However, at times during the day, I was sitting or standing only a few feet from Ventura and I heard him make several anti-war statements. He was saying that the United States didn't belong in Iraq and that President Bush was a jerk. I felt like Ventura was making fun of American troops and generally disrespecting them. I was hurt by the things I heard him say. At one point, I witnessed Chris approach Ventura and tell him it was neither the time nor the place to be making such statements.

13. As I said, I left McP's before the fight between Chris and Ventura took place. I was sorry to have missed it. Chris told me about it the next day. I told him that I hoped he had hit Ventura once for me. I have also discussed the fight with Bobby Gassoff. As I mentioned, he was at McP's on the day in question and witnessed the commotion surrounding the fight.

14. Since that day at McP's, I have seen Chris several times. On average, we speak about once a month. Along with Marc's other teammates, I view Chris as an adopted son.

15. I have no reason to question the truth of any statement Chris has made about Ventura. Chris is not a liar or an embellisher. He's not a boaster or a braggart. It's simply not in his character. His humility shines through in his book.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Dated at Surprise, Arizona, this 9 day of March 2012.

_____
Debbie Lee