| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

GOVERNOR JESSE VENTURA, a/k/a
James G. Janos, an individual,   Civil No. 0:12-cv-00472 (RHK/JJG)
    Plaintiff,

v.

CHRIS KYLE, an individual,
    Defendant.

## AFFIDAVIT OF CHARLENE DeWITT

STATE OF GA )
          ) ss
COUNTY OF HALL )

Charlene DeWitt, being first duly sworn on oath, states and alleges as follows:

1. I am over the age of 18 and make this affidavit based on personal knowledge of the matters set forth herein.

2. I am married to Bill DeWitt, and I was with him in October 2006 when we went to McP's Irish Pub in Coronado, California following a ceremony for BUD/S Class 258.

3. I arrived at McP's with my husband, Jesse Ventura and others before dark, and we all sat out on the patio. Although I know that my husband has been friends with Jesse for many years, I had never met him before, so I was interested to see what he was really like. Jesse was nice to me and others who wanted to meet him. I sat at a table adjacent to where Jesse was seated and was able to observe him and hear most of his conversations throughout the evening. *I overheard Jesse say "I don't think the war is worth one SEAL dying for."*

4. My husband and I stayed at McP's until after dark, and we left just after Jesse left. *I remember the statement because it surprised me. CbD 9/18/12* During the entire time we were there, I did not see Jesse involved in any confrontation with anyone, and I did not see him get punched. I also did not hear Jesse say anything derogatory about the SEALs, and certainly did not hear him say that SEALs deserved to die, and that they were murdering innocent people, or anything like that. If I heard anything like that, I would have been very surprised, I would remember hearing it, and would have discussed it with my husband.

5. Unlike our group, the younger SEALs were drinking a lot and displaying a lot of emotion over their fallen SEAL for whom a wake was held earlier that day.

FURTHER YOUR AFFIANT SAITH NOT.

                                                 */s/ Charlene DeWitt*

Subscribed and sworn to before me
This 18th day of September, 2012

*/s/ Marcia R. Weaver*, Notary Public
458236 DOC

[Notary seal: MARCIA R. WEAVER, NOTARY PUBLIC, COMMISSION EXPIRES Feb. 09, 2015, LUMPKIN COUNTY, GA]