| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT |

GOVERNOR JESSE VENTURA, a/k/a
James G. Janos, an individual,
      Plaintiff,

Civil No. 0:12-cv-00472 (RHK/JJG)

v.

CHRIS KYLE, an individual,
      Defendant.

## AFFIDAVIT OF BILL DeWITT

STATE OF GA)
         )ss
COUNTY OF HALL)

Bill DeWitt, being first duly sworn on oath, states and alleges as follows:

1. I am over the age of 18 and make this affidavit based on personal knowledge of the matters set forth herein.

2. I am a retired military officer, currently employed as a corporate security director in the private sector. My education includes a Bachelors degree in Criminal Justice and a Masters degree in Police Science Administration.

3. During my military career, I have been a Navy SEAL, an Army Ranger and a Green Beret. The last 23 years of my military career were spent as an Army counter-intelligence officer.

4. In the late 1960's, I underwent Navy BUD/ S (Basic Underwater Demolition/ SEAL) training with Jim Janos, now known as Jesse Ventura. Afterward, Jim went to the Underwater Demolition Teams, and I went to the SEAL teams. The UDT and SEAL teams have since merged. Jim and I have remained friends since we trained together.

5. In October 2006, I attended a ceremony for BUD / S Class 258, along with Jim and others from our 58 Class. Afterward, we went to McP's Irish Pub, in Coronado, California. We arrived there before dark and we sat outside on the patio.

6. Because of my counter-intelligence training and experience it is in my nature to always watch and observe what is going on around me. While at McP's, I mostly sat in the corner of the patio and I listened to, and observed the crowd. As I sat there, I noticed a lot of younger SEALs coming in, in full uniform, with medals. Just listening to the general conversation around me, I learned that the younger SEALS were there following a wake. At that time, I didn't know who it was for.

7. During the time I was at McP's, I saw many of the younger SEALS drinking heavily. I saw some, who appeared to be somewhat intoxicated, climb to the top of a concrete structure nearby. I helped another clean himself up in the bathroom after puking.

8. No one in our group was drinking much.

9. At one point, I did see Jim talking to four younger SEALS while he was standing in the patio area near the access point to the bar. But I did not hear anyone loud voices, did not observe any confrontation, and did not see anyone punch or threaten anyone in any way.

10. My group all decided to leave McP's at about the same time. Jim left just before my wife and I did. During the entire time we were at McP's, Jim did not get involved in any confrontation with any other SEALs. I did not hear him say anything bad about the SEALs, the Teams or the United States, and he definitely did not get punched.

11. Earlier this year I heard from Mike Seidler, a friend of ours who was also with us at McP's, that a young SEAL named Chris Kyle claims that Jim said all kinds of bad things about the SEALs, and he punched Jim knocking him down, and gave him a black eye. I also saw Kyle on television saying some of the same things. Before seeing Kyle on television I did not know who he was, and I probably would not recognize him today.

12. When I first heard about Kyle's story, I did not know that I was there at McP's on the day Kyle was talking about, because I didn't see any of the events Kyle described happen. I later figured out that Kyle was talking about the day we had the Class 258 Ceremony, realized I was in fact there, and that he was making up his story.

13. I have known Jim a long enough to say, with certainty, that he would never say that a SEAL or any other American serviceman deserves to die, or anything to that effect. Kyle's story about the things Jim supposedly said, and getting punched for saying them, is not true.

14. I don't know why Kyle would say the things about Jim that he did, but I do know that there is nothing worse than a former SEAL like Jim to be looked down upon by his brothers as a traitor, and there is no better way to destroy his reputation than to call him one.

FURTHER YOUR AFFIANT SAITH NOT.

_Bill Dewitt_

Subscribed and sworn to before me
This 18th day of September, 2012.

_Marcia R. Weaver_
Notary Public
458236 DOC

(Notary Seal: MARCIA R. WEAVER, NOTARY PUBLIC, COMMISSION EXPIRES Feb. 09, 2015, LUMPKIN COUNTY, GA)