## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Governor Jesse Ventura,
a/k/a James G. Janos,                                    Civil No. 12-0472 (RHK/AJB)

        Plaintiff,

v.

Chris Kyle,

        Defendant.

---

### PLAINTIFF'S MOTION TO AMEND TO CLAIM PUNITIVE DAMAGES

TO:   CHRIS KYLE, defendant above-named, and his attorneys of record, JOHN P.
BORGER and LEITA WALKER, FAEGRE BAKER DANIELS LLP, 90 South
Seventh Street, Suite 2200, Minneapolis, Minnesota 55402.

**PLEASE TAKE NOTICE** that pursuant to Rule 15(a) of the Federal Rules of

Civil Procedure and Minn. Stat. §§ 549.191 and 549.20, Plaintiff Governor Jesse

Ventura, a/k/a James G. Janos ("Governor Ventura") respectfully moves the Court to

enter an order granting Governor Ventura's Motion to Amend to Claim Punitive

Damages.

Filed herewith in support of this motion in accordance with L.R. 7.1, are a separate

Notice of Hearing, Memorandum of Law, and Affidavit of David Bradley Olsen.  A "red-

lined" copy of the proposed amended Complaint is attached as Exhibit BB to the

Affidavit of David Bradley Olsen in support of Plaintiff's Motion to Amended to Claim

Punitive Damages.

HENSON & EFRON, P.A.


Dated: November 30, 2012

By____s/ David Bradley Olsen_____
      David Bradley Olsen, 197944
      Court J. Anderson, 331570
      John N. Bisanz, Jr., 0389098
    220 South Sixth Street, Suite 1800
    Minneapolis, Minnesota  55402-4503
    Telephone:  612-339-2500

    Attorneys for Plaintiff Governor Jesse Ventura
    a/ka/ James G. Janos

463343.DOC