UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gov. Jesse Ventura, | Civil No. 12-472 RHK/AJB |
| Plaintiff, | |
| vs. | DECLARATION OF LEITA WALKER IN OPPOSITION TO PLAINTIFF'S MOTIONS TO AMEND TO CLAIM PUNITIVE DAMAGES AND TO AMEND SCHEDULING ORDER |
| Chris Kyle, | |
| Defendant. | |

I, Leita Walker, hereby declare as follows:

1. I am an attorney at Faegre Baker Daniels LLP, which represents Defendant Chris Kyle in the above-captioned case. I make this Declaration upon personal knowledge and upon review of the firm's files and records in this case, including the exhibits identified below.

2. In connection with this case, I noticed and took the following ten depositions of third-party witnesses:

- Bobby Gassoff, St. Louis, Missouri, September 21, 2012, full transcript attached as Exhibit A;

- Ivan Krusic, San Diego, California, October 2, 2012, full transcript attached as Exhibit B;

- Andrew Paul, San Diego, California, October 3, 2012, full transcript attached as Exhibit C;

- Jeremiah Dinnell, San Diego, California, October 4, 2012, full transcript attached as Exhibit D;

-1-

- Debbie Lee, Surprise, Arizona, October 5, 2012, full transcript attached as Exhibit E;

- Debbie Job, Issaquah, Washington, October 25, 2012, full transcript attached as Exhibit F;

- Kevin Lacz, Winston-Salem, North Carolina, November 2, 2012, full transcript attached as Exhibit G;

- John Kelly, Austin, Texas, November 7, 2012, full transcript attached as Exhibit H;

- John Jones, Austin, Texas, November 8, 2012, full transcript attached as Exhibit I; and

- Guy Budinscak, Bedford, New Hampshire, November 15, 2012, full transcript attached as Exhibit J.

Although Plaintiff's counsel attended these depositions and questioned the witnesses, Mr. Ventura himself did not attend any of them. As required by D. Minn. ECF Rule III-B, certain information in the transcripts has been redacted.

3. I advised Plaintiff's counsel of the timing of these out-of-state depositions weeks in advance.

4. Attached hereto as Exhibit K are true and correct copies of emails exchanged between Plaintiff's counsel and myself between August 23, 2012, and August 28, 2012. Among other things, these emails notified Plaintiff's counsel that I had scheduled depositions of Jeremiah Dinnell, Debbie Lee, Andrew Paul, Debbie Job, and Bobby Gassoff. At the time I sent these emails, the depositions were at least three weeks away and in most cases were at least six weeks away.

5.      Attached hereto as Exhibit L is a true and correct copy of an email I sent to Plaintiff's counsel on August 27, notifying them that I had scheduled depositions of John Jones and John Kelly. At the time I sent this email, the depositions were more than ten weeks away.

6.      Attached hereto as Exhibit M is a true and correct copy of an email I sent to Plaintiff's counsel on September 4, notifying them that I had scheduled the deposition of Guy Budinscak. At the time I sent this email, the deposition was more than ten weeks away.

7.      Attached hereto as Exhibit N is a true and correct copy of an email I sent to Plaintiff's counsel on September 19, notifying them that I had scheduled the deposition of Ivan Krusic. At the time I sent this email, the deposition was two weeks away and the parties were already planning to be in the deponent's city for other depositions.

8.      In scheduling these depositions, I tried to schedule the depositions of witnesses who lived near each other on consecutive days. None of the depositions took more than half a day, thus permitting same-day travel. For the depositions of Bobby Gassoff, Debbie Job, Kevin Lacz, and Guy Budinscak—all of whom live in parts of the country far from any other witness—I booked my flights so that I was out of town for less than thirty-six hours.

9.      The depositions of Ivan Krusic, Andrew Paul, Jeremiah Dinnell, and Debbie Lee were on consecutive days in San Diego, California, and a suburb of Phoenix, Arizona. These depositions—and the travel they required—required me to be out of the office for four days.

10. The depositions of John Kelly and John Jones were on consecutive days in Austin, Texas. These depositions—and the travel they required—required me to be out of the office for two and one-half days.

11. Collectively, the depositions of ten third-party witnesses and the travel they required took up no more than fourteen days of the discovery period.

12. Attached hereto as Exhibit O and filed under seal (because the time allowed under the Protective Order for Mr. Ventura to designate portions as confidential has not expired) is a true and correct copy of the full transcript from Mr. Ventura's deposition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 11, 2012                   */s/Leita Walker*

                                            Leita Walker

dms.us.51180436.03