UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Governor Jesse Ventura, a/k/a James G. Janos, | Civil No. 12-0472 |
| Plaintiff, | |
| vs. | STATEMENT NOTING DEATH OF DEFENDANT CHRIS KYLE |
| Chris Kyle, | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 25(a) and as previously noted in Docket #135, Taya Kyle notes the death of Defendant Chris Kyle during the pendency of this action.

Taya Kyle is the duly appointed executor of the estate of Chris Kyle. Documentation confirming that appointment is being provided to Plaintiff's attorneys by her attorneys (previously Chris Kyle's counsel of record): John Borger and Leita Walker, Faegre Baker Daniels LLP, 2200 Wells Fargo Center, Minneapolis, MN 55402.

If Plaintiff intends to move to substitute the Executor in place of Defendant Chris Kyle, Taya Kyle will accept service by mail of such motion papers through her attorneys. Taya Kyle will sign and return an acknowledgement of such service by mail.

Dated:  May 7, 2013

/s/ Taya Kyle
Taya Kyle
Executor of the Estate of Chris Kyle