UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Governor Jesse Ventura,
a/k/a James G. Janos,

Civil No. 12-0472 (RHK/AJB)

Plaintiff,

v.

Chris Kyle,

Defendant.

---

## GOVERNOR JESSE VENTURA'S MOTION TO SUBSTITUTE TAYA KYLE, EXECUTRIX OF THE ESTATE OF CHRIS KYLE, AS DEFENDANT

---

TO: JOHN P. BORGER and LEITA WALKER, attorneys of record for defendant CHRIS KYLE and TAYA KYLE, IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF CHRIS KYLE, 90 South Seventh Street, Suite 2200, Minneapolis, Minnesota 55402.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 25(a), Plaintiff Governor Jesse Ventura will move the Court for entry of an Order substituting Taya Kyle, in her capacity as Executrix of the Estate of Chris Kyle, in the place and stead of Defendant Chris Kyle, deceased.

This motion is based on the Statement Noting the Death of Chris Kyle (ECF Doc. No. 150), all of the pleadings, files and records herein, the supporting memorandum filed herewith and argument of counsel.

Dated: *May 22*, 2013

HENSON & EFRON, P.A.

By _____
David Bradley Olsen, 197944
Court J. Anderson, 331570
John N. Bisanz, Jr., 389098
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Attorneys for Plaintiff

470032 DOC