UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Governor Jesse Ventura, an individual, a/k/a James G. Janos, | Civil No. 12-472 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Taya Kyle, Executrix of the Estate of Chris Kyle, | |
| Defendant. | |

---

Plaintiff's September 16, 2013 letter request (Doc. No. 185) to continue the September 24, 2013 hearing with respect to Defendant's Motion to Transfer Venue to the Northern District of Texas (Doc. No. 172) is **DENIED.**[1]

Dated:  September 17, 2013

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge

---

[1] In lieu of this Order, Defendant **shall not respond** to the subject letter request.