# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jesse Ventura, a/k/a James G. Janos, | Civil No. 12-0472 |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION FOR SANCTIONS FOR FAILURE TO RESPOND FULLY TO ORDER FOR PRODUCTION OF MILITARY RECORDS |
| Taya Kyle, Executor of the Estate of Chris Kyle (deceased), | |
| Defendant. | |

Pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure, Defendant Taya Kyle, Executor of the Estate of Chris Kyle (deceased), moves for an order limiting Ventura's future testimony and evidentiary submissions on the grounds that Plaintiff counsel failed to produce full documentation regarding his military records, as required by this Court's Order dated November 6, 2012.

Dated: October 2, 2013

**FAEGRE BAKER DANIELS LLP**

By: /s/ John P. Borger
John P. Borger, #9878
Leita Walker, #387095
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
john.borger@FaegreBD.com
leita.walker@FaegreBD.com

Attorneys for Defendant Taya Kyle, Executor of the Estate of Chris Kyle (deceased)

dms.us.52888946.01