**National.**

S.J          4375

| RA # 210193086 | RES # 223040082 | | |
|---|---|---|---|
| JAMES JANOS | CONTRACT ID | EO # | |
| DELLWOOD, MN 55110 | EXT REF # | FT # | |

| RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
|---|---|---|---|
| SAN DIEGO ARPT (619)497 6777 | 12-OCT-2005 | SAN DIEGO ARPT (619)497 6777 | 15-OCT-2005 |
| 3260 NORTH HARBOR DRIVE | RENTAL TIME | 3260 NORTH HARBOR DRIVE | RETURN TIME |
| SAN DIEGO, CA 92101 | 07:29 PM | SAN DIEGO, CA 92101 | 11:00 AM |

| RATE RULES AND QUALIFICATIONS   INITIAL X | VEHICLE INFORMATION | |
|---|---|---|
| NIGHTLY WEEKEND THURSDAY | RESERVED | Full Size 2/4 Door Car Auto A/C |
| Max. rental 4 days | DRIVEN | Full Size 2/4 Door Car Auto A/C |
| Mon at 07:29 PM | CHARGED | Full Size 2/4 Door Car Auto A/C |
| Required overnight Sat | MAKE | |
| | MODEL | |
| | COLOR | |
| | ODOMETER | 0 |
| | PLATE | |
| | REG AREA | |
| | VEHICLE # | |
| | BAY | |
| | STALL | |

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| RENTER'S RESPONSIBILITY | | | |
| * TIME & DISTANCE | Day | 34.90 X 3 | 104.70 |
| * TIME & DISTANCE | Hour | 17.45 X | 0.00 |
| * EXTRA - TIME & DISTANCE | Day | 74.90 X | 0.00 |
| * EXTRA - TIME & DISTANCE | Hour | 37.45 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | 0.00 X | 0.00 |
| * FUEL SERVICE OPTION | Rental | 46.92 X 1 | 46.92 |
| SALES TAX 7.75% | | | 11.75 |
| | | | |
| | ESTIMATED CHARGES | | 163.37  INITIAL X |

(All Charges Are Estimate Only - Subject to change if vehicle is not returned to the location on date
and time specified, or if fuel tank is not full at return and fuel service option was not purchased).
PAYMENTS
VISA 6901 Auth #

I DECLINE OPTIONAL LOSS DAMAGE WAIVER. X _____

I DECLINE PERSONAL ACCIDENT INSURANCE (PAI) WITH PERSONAL EFFECTS COVERAGE (PEC). X _____

I DECLINE OPTIONAL THIRD PARTY BODILY INJURY AND PROPERTY DAMAGE INSURANCE (SLI). X _____

I CHOOSE OPTIONAL FUEL PURCHASE AT START OF RENTAL, AT 2.76 PER GALLON (NO REFUND FOR UNUSED FUEL). THE TOTAL FUEL CHARGE
REFLECTED HERE IS AN ESTIMATE BASED ON THE AVERAGE TANK SIZE FOR THE CAR CLASS CHARGED. I UNDERSTAND MY TOTAL FUEL CHARGE
MAY CHANGE BASED ON THE ACTUAL CAR I DRIVE. X _____

CALIFORNIA DEPARTMENT OF INSURANCE LICENSE # 0E02233. THE CALIFORNIA DEPARTMENT OF INSURANCE MAINTAINS A TOLL-FREE CONSUMER
HOTLINE. 800-927-4357(HELP)

CALIFORNIA LAW REQUIRES ALL DRIVERS TO MEET STATE FINANCIAL RESPONSIBILITY REQUIREMENTS.  UNLESS AN OPTIONAL INSURANCE
PRODUCT HAS BEEN PURCHASED IN CONNECTION WITH THIS AGREEMENT THAT CONTAINS LIABILITY INSURANCE COVERAGE, NATIONAL DOES
NOT PROVIDE YOU ANY LIABILITY INSURANCE WITH THIS RENTAL. YOUR OWN MOTOR VEHICLE LIABILITY INSURANCE MAY OR MAY NOT PROVIDE
YOU COVERAGE; NATIONAL PERSONNEL CANNOT ADVISE YOU ON WHETHER IT DOES OR DOESN'T. THIS NOTICE AMENDS AND SUPERSEDES
ALL CONFLICTING TERMS CONTAINED WITHIN THIS RENTAL AGREEMENT. YOU ACKNOWLEDGE HAVING READ THIS NOTICE X _____

NOTICE FINANCIAL RESPONSIBILITY AND DAMAGE WAIVER: YOU ARE RESPONSIBLE FOR ALL COLLISION DAMAGE TO THE VEHICLE EVEN IF
SOMEONE ELSE CAUSED IT OR THE CAUSE IS UNKNOWN. YOU ARE RESPONSIBLE FOR THE COST OF REPAIR UP TO THE VALUE OF THE VEHICLE,
AND TOWING, STORAGE, IMPOUND FEES AND OTHER COSTS RELATED TO SUCH DAMAGE. YOUR OWN INSURANCE, OR THE ISSUER OF THE
CREDIT CARD YOU USE TO PAY FOR RENTALS UNDER THE AGREEMENT MAY COVER ALL OR PART OF YOUR FINANCIAL RESPONSIBILITY FOR
THE VEHICLE. YOU SHOULD CHECK WITH YOUR INSURANCE COMPANY, OR CREDIT CARD ISSUER TO FIND OUT ABOUT YOUR COVERAGE AND
THE AMOUNT OF THE DEDUCTIBLE, IF ANY, FOR WHICH YOU MAY BE LIABLE. IF YOU USE A CREDIT CARD THAT PROVIDES COVERAGE FOR YOUR
POTENTIAL LIABILITY, YOU SHOULD CHECK WITH THE ISSUER TO DETERMINE IF YOU MUST FIRST EXHAUST THE COVERAGE LIMITS OF YOUR
OWN INSURANCE BEFORE THE CREDIT CARD COVERAGE APPLIES. NATIONAL WILL NOT HOLD YOU RESPONSIBLE FOR COLLISION DAMAGE TO
THE VEHICLE IF YOU PURCHASE LOSS DAMAGE WAIVER (LDW), BUT LDW WILL NOT PROTECT YOU FROM COLLISION DAMAGE ARISING FROM A
PROHIBITED USE, AS DESCRIBED IN THIS AGREEMENT (SEE RENTAL AGREEMENT JACKET). X _____

RA # 210193086
PAGE 1 OF 2

**EXHIBIT N**



RA # 210193086
PAGE 2 OF 2

PLEASE READ IMPORTANT INFORMATION REGARDING AUTHORIZED DRIVERS WITHIN THE AGREEMENT (SEE RENTAL AGREEMENT JACKET).

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT, INCLUDING THOSE CONTAINED WITHIN NATIONAL'S RENTAL AGREEMENT JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND THAT IF YOU DO NOT COMPLY WITH THE TERMS OF ANY APPLICABLE CORPORATE, GOVERNMENT, OR TOUR ACCOUNT AGREEMENT AND THE TERMS OF THIS RENTAL AGREEMENT, ALL LIABILITY AND UNINSURED/UNDERINSURED MOTORIST BENEFITS, IF ANY, ARE WITHDRAWN AND WILL NOT BE PROVIDED.

RENTER :

THANK YOU FOR RENTING WITH NATIONAL
See RATE RULES AND QUALIFICATIONS on the top right of this form.

RA # 210193086
PAGE 2 OF 2

NATIONAL0004