### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

_____

Jesse Ventura,
a/k/a James G. Janos,                                      Civil No. 12-0472 (RHK/JJK)

              Plaintiff,

v.

Taya Kyle, Executrix of the
Estate of Chris Kyle,

              Defendant.

_____

### PLAINTIFF JESSE VENTURA'S EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>Richard H. Kyle | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S)<br>Commencing June 30, 2014 | COURT REPORTER | COURTROOM DEPUTY |

Plaintiff Jesse Ventura ("Ventura") submits the following Witness and Exhibit List.

### WITNESSES

Ventura may call any or all of the following witnesses:

1.      **JESSE VENTURA.**  Ventura is the Plaintiff in this action.  He will testify generally about his military and professional background and the events that took place during the weekend of October 12, 2006.  Ventura will testify in particular that the incident described in the *Scruff Face* subchapter of *American Sniper* did not occur and that Chris Kyle fabricated the story.  He will further testify that the false and defamatory

story, and Kyle's comments about it in media interviews to promote the book, have caused serious and lasting damage to his reputation, have caused him to suffer great humiliation and embarrassment, and have caused him economic harm.

2.    **TERRY VENTURA.**  Ms. Ventura is Jesse Ventura's wife.  She will testify that when Ventura returned home from California on October 14, 2006, he did not have any black eyes, did not have any facial bruising or other injuries, and did not otherwise appear to have been punched in the face.  She will further testify that Ventura has never during all of the time she has known him ever made any comments to the effect that any American servicemen, especially including Navy SEALs, deserve to die; and, to the contrary, that he holds those who serve our country in the highest regard.  Ms. Ventura will also testify that the false and defamatory story, and Kyle's comments about it in media interviews to promote the book, have caused Ventura to suffer great humiliation and embarrassment.

3.    **TYREL VENTURA.**  Mr. Ventura is Jesse Ventura's adult son.  He will testify that Ventura has never during all of the time he has known him ever made any comments to the effect that any American servicemen, especially including Navy SEALs, deserve to die; and, to the contrary, that he holds those who serve our country in the highest regard.  Mr. Ventura will also testify that the false and defamatory story, and Kyle's comments about it in media interviews to promote the book, have caused Ventura to suffer great humiliation and embarrassment.

4.    **BILL DEWITT**.  Mr. DeWitt is a corporate security director in the private sector who has served as a Navy SEAL, Army Ranger, Green Beret and, for 23 years, as

an Army counter-intelligence officer.  He will testify generally about his background, his relationship with Ventura and the events that took place during the weekend of October 12, 2006.  Mr. DeWitt will testify in particular that the incident described in the *Scruff Face* subchapter of *American Sniper* did not occur and that Chris Kyle fabricated the story.  He will further testify that Ventura has never during all of the time he has known him ever made any comments to the effect that any American servicemen, especially including Navy SEALs, deserve to die; and, to the contrary, that he holds those who serve our country in the highest regard.  Mr. DeWitt will also testify that the false and defamatory story, and Kyle's comments about it in media interviews to promote the book, have caused serious and lasting damage to Ventura's reputation.

5.  **CHARLENE DEWITT**.  Ms. DeWitt is Bill DeWitt's wife.  She will testify generally about the events that took place during the weekend of October 12, 2006.  Ms. DeWitt will testify in particular that the incident described in the *Scruff Face* subchapter of *American Sniper* did not occur and that Chris Kyle fabricated the story.

6.  **ROBERT LEONARD**.  Mr. Leonard is a former Navy SEAL.  He will testify generally about his background, his relationship with Ventura and the events that took place during the weekend of October 12, 2006.  Mr. Leonard will testify in particular that the incident described in the *Scruff Face* subchapter of *American Sniper* did not occur and that Chris Kyle fabricated the story.  He will further testify that Ventura has never during all of the time he has known him ever made any comments to the effect that any American servicemen, especially including Navy SEALs, deserve to die; and, to the contrary, that he holds those who serve our country in the highest regard.  Mr.

Leonard will also testify that the false and defamatory story, and Kyle's comments about it in media interviews to promote the book, have caused serious and lasting damage to Ventura's reputation.

7.    **WAYNE ROBERTSON**. Mr. Robertson is a former Navy SEAL. He will testify generally about his background, his relationship with Ventura and the events that took place during the weekend of October 12, 2006. He will testify in particular that his observations throughout the weekend caused him to believe that the incident described in the *Scruff Face* subchapter of *American Sniper* did not occur and that Chris Kyle fabricated the story. He will further testify that Ventura has never during all of the time he has known him ever made any comments to the effect that any American servicemen, especially including Navy SEALs, deserve to die; and, to the contrary, that he holds those who serve our country in the highest regard. Mr. Robertson will also testify that the false and defamatory story, and Kyle's comments about it in media interviews to promote the book, have caused serious and lasting damage to Ventura's reputation.

8.    **CHRIS KYLE** deceased (by video deposition). Mr. Kyle was the original Defendant in this action and he wrote *American Sniper*. He will testify about the events that took place during the weekend of October 12, 2006, and his written and oral descriptions and reports of those events. Mr. Kyle will further testify about writing the book, its publication and promotion and all revenues derived from exploitation of the book's false and defamatory story about Ventura.

9.    **TAYA KYLE** (live or by video deposition). Ms. Kyle is Chris Kyle's wife, Executrix of his Estate, and the substituted Defendant in this action. She will testify

generally about her participation in writing the book, its publication and promotion and all revenues derived from exploitation of the book's false and defamatory story about Ventura. She will also testify about Chris Kyle's reputation for honesty, and comments she has made and has permitted to be made in the regional and national media and on the Internet concerning Ventura that were intended to and did further harm his reputation.

10. **GUY BUDINSCAK** (live or by video deposition). Mr. Budinscak is a former Navy SEAL who served with Chris Kyle. He will testify about the events that took place during the weekend of October 12, 2006. Mr. Budinscak will testify specifically that he was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground. He will also testify about the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

11. **JAMES DEFELICE** (live or by video deposition). Mr. DeFelice is the co-author of *American Sniper*. He will testify about his recorded interviews with Chris Kyle and others, writing the book and its publication and promotion.

12. **LAURA DESHAZO** (live or by video deposition). Ms. deShazo is a defense witness who was never timely disclosed and, for that reason, Ventura has moved *in limine* to exclude her testimony at trial or, alternatively, for leave to take her deposition before trial. In the event the court denies Ventura's motion, and Ms. deShazo is permitted to testify, he reserves the right to call her as part of his case in chief.

**13.**   **ROSEMARY DESHAZO** (live or by video deposition). Ms. deShazo is a defense witness who was never timely disclosed and, for that reason, Ventura has moved *in limine* to exclude her testimony at trial or, alternatively, for leave to take her deposition before trial.   In the event the court denies Ventura's motion, and Ms. deShazo is permitted to testify, he reserves the right to call her as part of his case in chief.

**14.**   **JEREMIAH DINNELL** (live or by video deposition).  Mr. Dinnell is a Navy SEAL who served with Chris Kyle.  He will testify about the events that took place during the weekend of October 12, 2006.  Mr. Dinnell will specifically testify that he was at McP's bar and restaurant on October 12, 2006, and although he claims to be the only one to have heard one of the statements attributed to Ventura by Chris Kyle, and the only one who claims to have seen Chris Kyle punch Ventura, he will testify to a version of the events that is contrary to the story told by Chris Kyle.  He will also testify about the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

**15.**   **BOB GASSOFF** (live or by video deposition).  Mr. Gassoff is a former Navy SEAL who served with Chris Kyle.  He will testify about the events that took place during the weekend of October 12, 2006.  Mr. Gassoff will specifically testify that he was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground.  He will also testify about the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

16.    **DEBBIE JOB** (live or by video deposition).  Ms. Job is the mother of a deceased former Navy SEAL who served with Chris Kyle.  She will testify about the events that took place during the weekend of October 12, 2006.  Ms. Job will specifically testify that she was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground.  She did, however, witness an altercation down the street that did not involve Ventura.  She will also testify about the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

17.    **JOHN JONES** (live or by video deposition).  Mr. Jones is a former Navy SEAL who served with Chris Kyle.  He will testify about the events that took place during the weekend of October 12, 2006.  Mr. Jones will testify specifically that he was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground.  He will also testify about the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

18.    **JOHN KELLY** (live or by video deposition).  Mr. Kelly is a former Navy SEAL who served with Chris Kyle.  He will testify about the events that took place during the weekend of October 12, 2006.  Mr. Kelly will testify specifically that he was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle and never saw Chris Kyle punch Ventura.  He

will also testify about how Chris Kyle started the Ventura story at Danny's bar and the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

19. **IVAN KRUSIC** (live or by video deposition). Mr. Krusic is a former Navy SEAL. He will testify generally about the relatively innocuous Ventura story that made the rounds in the SEAL community before *American Sniper* was published, and how the statements published in *American Sniper* are different in detail and degree and have damaged Ventura's reputation in the SEAL community.

20. **KEVIN LACZ** (live or by video deposition). Mr. Lacz is a former Navy SEAL who served with Chris Kyle. He will testify about the events that took place during the weekend of October 12, 2006. Mr. Lacz will testify specifically that he was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground. He will also testify about the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

21. **DEBBIE LEE** (live or by video deposition). Ms. Lee the mother of a deceased former Navy SEAL who served with Chris Kyle. She will testify about the events that took place during the weekend of October 12, 2006. Ms. Lee will specifically testify that she was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground. She will also testify about the

damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

22. **SCOTT MCEWEN** (live or by video deposition).  Mr. McEwen is an attorney who is also credited as a co-author of *American Sniper*.  He will testify about his interviews with Chris Kyle and others, writing the book and its publication and promotion.

23. **ANDREW PAUL** (live or by video deposition).  Mr. Paul is a former Navy SEAL who served with Chris Kyle.  He will testify about the events that took place during the weekend of October 12, 2006.  Mr. Paul will testify specifically that he was at McP's bar and restaurant on October 12, 2006, but never heard Ventura make the statements attributed to him by Chris Kyle, never saw Chris Kyle punch Ventura, and never saw Ventura on the ground.  He will also testify about a version of events that is contrary to the story told by Chris Kyle, and the damage to Ventura's reputation in the SEAL community that resulted from the story Chris Kyle told in *American Sniper* and to the media.

24. Ventura reserves the right to call any witnesses listed by the Defendant.

25. Ventura reserves the right to call any person identified in any discovery responses by any party to this action.

26. Ventura reserves the right to call such witnesses as may be necessary to lay foundation for any of his exhibits.

27. Ventura reserves the right to call such witnesses as may be necessary for rebuttal.

**28.**     Ventura reserves the right to amend this Witness List at any time prior to trial.

**[INTENTIONALLY LEFT BLANK – EXHIBIT LIST BEGINS ON NEXT PAGE]**

# EXHIBITS

Ventura may introduce any and or all of the following Exhibits into evidence:

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 1 | | | | Declaration of Bob Gassoff |
| Pltf. 2 | | | | Memorial Program from Monsoor Funeral |
| Pltf. 3 | | | | Photographs of McP's Bar and Grill in Coronado, CA |
| Pltf. 4 | | | | March 29, 2012 Transcription of Text Messages |
| Pltf. 5 | | | | September 10, 2012 Subpoena issued by Henson & Efron, P.A., to Bob Gassoff |
| Pltf. 6 | | | | Photograph of McP's |
| Pltf. 7 | | | | Photograph of McP's |
| Pltf. 8 | | | | Photograph of McP's |
| Pltf. 9 | | | | Photograph of McP's |
| Pltf. 10 | | | | Photograph of McP's |
| Pltf. 11 | | | | Photograph of McP's |
| Pltf. 12 | | | | Photograph of McP's |
| Pltf. 13 | | | | Declaration of Ivan Krusic |
| Pltf. 14 | | | | Declaration of Andrew Paul |
| Pltf. 15 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 16 | | | | Declaration of Jeremiah Dinnell |
| Pltf. 17 | | | | Photographs and Aerial Maps of McP's |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|----------|--------------|--------|----------|-------------|
| Pltf. 18 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 19 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 20 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 21 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 22 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 23 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 24 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 25 | | | | Photograph from Jeremiah Dinnell's Facebook Page |
| Pltf. 26 | | | | Declaration of Debbie Lee |
| Pltf. 27 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 28 | | | | Declaration of Debbie Job |
| Pltf. 29 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 30 | | | | September 10, 2012 Subpoena issued by Henson & Efron, P.A., to Debbie Job |
| Pltf. 31 | | | | Declaration of Kevin Lacz |
| Pltf. 32 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 33 | | | | October 9, 2012 Subpoena issued by Henson & Efron, P.A., to Kevin Lacz |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 34 | | | | Declaration of John Kelly |
| Pltf. 35 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 36 | | | | September 10, 2012 Plaintiff's Notice of Subpoena for Testimony of John Kelly and Subpoena issued by Henson & Efron, P.A., to John Kelly |
| Pltf. 37 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 38 | | | | September 10, 2012 Plaintiff's Notice of Subpoena for Testimony of John Jones and Subpoena issued by Henson & Efron, P.A., to John Jones |
| Pltf. 39 | | | | October 6, 2006 Schedule of Events for BUD/S Class 58 Reunion |
| Pltf. 40 | | | | Plaintiff's Objections and Second Supplemental Responses to Defendant's Interrogatories and Requests for Production of Documents |
| Pltf. 41 | | | | National Car Rental Receipt, dated October 12, 2006 through October 15, 2006 |
| Pltf. 42 | | | | Photographs and Aerial Maps of McP's |
| Pltf. 43 | | | | **Reserved** |
| Pltf. 44 | | | | **Reserved** |
| Pltf. 45 | | | | **Reserved** |
| Pltf. 46 | | | | Cover Pages from Book titled "I Ain't Got Time to Bleed" |
| Pltf. 47 | | | | Cover Pages from Book titled "Do I Stand Alone?" |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 48 | | | | Cover Pages from Book titled "Don't Start the Revolution Without Me!" |
| Pltf. 49 | | | | **Reserved** |
| Pltf. 50 | | | | **Reserved** |
| Pltf. 51 | | | | **Reserved** |
| Pltf. 52 | | | | **Reserved** |
| Pltf. 53 | | | | **Reserved** |
| Pltf. 54 | | | | **Reserved** |
| Pltf. 55 | | | | **Reserved** |
| Pltf. 56 | | | | **Reserved** |
| Pltf. 57 | | | | **Reserved** |
| Pltf. 58 | | | | **Reserved** |
| Pltf. 59 | | | | **Reserved** |
| Pltf. 60 | | | | **Reserved** |
| Pltf. 61 | | | | **Reserved** |
| Pltf. 62 | | | | **Reserved** |
| Pltf. 63 | | | | **Reserved** |
| Pltf. 64 | | | | **Reserved** |
| Pltf. 65 | | | | **Reserved** |
| Pltf. 66 | | | | **Reserved** |
| Pltf. 67 | | | | **Reserved** |
| Pltf. 68 | | | | **Reserved** |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 69 | | | | Copy of pages 310-312 from book titled American Sniper |
| Pltf. 70 | | | | **Reserved** |
| Pltf. 71 | | | | **Reserved** |
| Pltf. 72 | | | | **Reserved** |
| Pltf. 73 | | | | **Reserved** |
| Pltf. 74 | | | | **Reserved** |
| Pltf. 75 | | | | **Reserved** |
| Pltf. 76 | | | | **Reserved** |
| Pltf. 77 | | | | **Reserved** |
| Pltf. 78 | | | | **Reserved** |
| Pltf. 79 | | | | **Reserved** |
| Pltf. 80 | | | | October 27, 2006 Visa Credit Card Statement |
| Pltf. 81 | | | | Aerial Map of McP's |
| Pltf. 82 | | | | December 20, 2010 HarperCollins Publishers Agreement |
| Pltf. 83 | | | | February 17, 2011 Agreement to Prepare Manuscript between Chris Kyle and Scott McEwen |
| Pltf. 84 | | | | May 22, 2012 Agreement between Chris Kyle and Scott McEwen |
| Pltf. 85 | | | | September 27, 2012 Letter of Direction from Chris Kyle for WME Entertainment, Attn: Tom McGuire, Esq. |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 86 | | | | October 5, 2012 HarperCollins Publishers Amendment to December 20, 2010 Agreement |
| Pltf. 87 | | | | October 14, 2011 Email from Scott McEwen to Chris Kyle and James DeFelice, forwarding message from Dave Riedel |
| Pltf. 88 | | | | Transcription of Video Labeled JDF0090 (James DeFelice Interview of Chris Kyle) |
| Pltf. 89 | | | | Transcription of Video Labeled JDF0091 (James DeFelice Interview of Kevin Lacz) |
| Pltf. 90 | | | | First Typewritten Version of the Story about Governor Ventura |
| Pltf. 91 | | | | First Iteration of "Punching Out Jesse" |
| Pltf. 92 | | | | Iteration of "Punching Out Jesse" |
| Pltf. 93 | | | | Iteration of "Punching Out Jesse" |
| Pltf. 94 | | | | Highlighted Iteration of "Punching Out Jesse" |
| Pltf. 95 | | | | Iteration of "Punching Out Scruff Face" |
| Pltf. 96 | | | | Iteration of "Punching Out Scruff Face" with Comment |
| Pltf. 97 | | | | Iteration of "Punching Out Scruff Face" |
| Pltf. 98 | | | | Copy of Pages 310-312 of Book titled "American Sniper" |
| Pltf. 99 | | | | December 28, 2011 Email from Sharyn Rosenblum to Chris Kyle |
| Pltf. 100 | | | | Transcription titled "Opie & Anthony: American Sniper Chris Kyle" |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 101 | | | | January 4, 2012 Emails between Sharyn Rosenblum, Scott McEwen and Chris Kyle regarding more media links! |
| Pltf. 102 | | | | January 5, 2012 Emails between Sharyn Rosenblum, Peter Hubbard, Seale Ballenger and Lynn Grady regarding bn.com |
| Pltf. 103 | | | | Transcription of Interview by Bill O'Reilly of Chris Kyle, titled "Most Lethal Sniper in U.S. Military History" |
| Pltf. 104 | | | | January 6, 2012 Email from Michael Brennan to a number of people at HarperCollins regarding American Sniper |
| Pltf. 105 | | | | January 6, 2012 Emails between Douglas Menake, Michael Brennan, Lynn Grady, and others at HarperCollins regarding SNIPER is #22 on Amazon after Fox and Friends this AM |
| Pltf. 106 | | | | January 8, 2012 Email from James DeFelice to Chris Kyle regarding Brittney and Matthew from the LSF trip last year |
| Pltf. 107 | | | | January 9, 2012 Emails between Chris Kyle and Sharyn Rosenblum regarding "Jesse V," contacts for Bill O'Reilly |
| Pltf. 108 | | | | January 9, 2012 Emails between Chris Kyle and Sharyn Rosenblum regarding #1 bestselling book at Barnes and Noble |
| Pltf. 109 | | | | January 9, 2012 Emails between Chris Kyle, Sharyn Rosenblum, Peter Hubbard, James DeFelice and Scott McEwen regarding reprint schedule |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 110 | | | | January 9, 2012 Emails between Sharyn Rosenblum, Peter Hubbard, Chris Kyle, James DeFelice, and Scott McEwen regarding reprint schedule |
| Pltf. 111 | | | | January 9, 2012 Emails between Chris Kyle, Scott McEwen and Sharyn Rosenblum regarding reprint schedule |
| Pltf. 112 | | | | January 9, 2012 Emails between Sharyn Rosenblum and Scott McEwen regarding reprint schedule |
| Pltf. 113 | | | | Transcription of Opie and Anthony Interview of Chris Kyle with Alex Jones, titled "Radio Host Confronts SEAL Sniper Over Ventura Bar Brawl Story…and Reveals 'Psy-Ops' Theory" |
| Pltf. 114 | | | | January 10, 2012 Emails between Scott McEwen and Sharyn Rosenblum regarding Last night's event |
| Pltf. 115 | | | | January 10, 2012 Emails between Sharyn Rosenblum and Peter Hubbard regarding Ventura |
| Pltf. 116 | | | | January 10, 2012 Emails between James DeFelice and Chris Kyle regarding Heard the O&A clips |
| Pltf. 117 | | | | January 11, 2012 Email from Sharyn Rosenblum to Scott McEwen and Peter Hubbard, forwarding emails between Sharyn Rosenblum and Dan Bank regarding Statement about Ventura/O'Reilly |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|----------|--------------|--------|----------|-------------|
| Pltf. 118 | | | | January 11, 2012 Emails between James DeFelice, Sharyn Rosenblum, Scott McEwen and Chris Kyle regarding Statement about Ventura/O'Reilly |
| Pltf. 119 | | | | January 11, 2012 Emails between Chris Kyle, Peter Hubbard, Sharyn Rosenblum, Scott McEwen and James DeFelice regarding Statement about Ventura/O'Reilly |
| Pltf. 120 | | | | January 11, 2012 Emails between Scott McEwen and Peter Hubbard regarding BookScan rankings |
| Pltf. 121 | | | | January 11, 2012 Emails between Sharyn Rosenblum and Peter Hubbard regarding Chris's interviews |
| Pltf. 122 | | | | January 11, 2012 Emails between Sharyn Rosenblum and Peter Hubbard regarding O'Reilly |
| Pltf. 123 | | | | January 12, 2012 Email from Tavia Kowalchuk to Shawn Nicholls regarding Google ad words |
| Pltf. 124 | | | | January 12, 2012 Email from Sharyn Rosenblum regarding Morrow PR Flash, Big Clip & PR Flash for "American Sniper" |
| Pltf. 125 | | | | January 13, 2012 Emails between James DeFelice and Peter Hubbard regarding mention on O'Reilly |
| Pltf. 126 | | | | January 22, 2012 Print Hardcover, E-Book, and Combined Print & E-Book Best Sellers Lists |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 127 | | | | January 25, 2012 Email from Sharyn Rosenblum regarding Morrow PR Flash, Big Clip & PR Flash for "American Sniper" |
| Pltf. 128 | | | | "About Chris Kyle" page from Craft International web site |
| Pltf. 129 | | | | "CRAFT in the Media" page from Craft International web site |
| Pltf. 130 | | | | May 24, 2012 Article from The Hollywood Reporter titled "Bradley Cooper Sets Up Navy SEAL Pic 'American Sniper' at Warner Bros." |
| Pltf. 131 | | | | July 27, 2012 Email from Tom McGuire to Lauren Sudar, with attached Life Story & Exclusive Consulting Agreement labeled "WME Comments 7/27/12" |
| Pltf. 132 | | | | July 27, 2012 Email from Tom McGuire to Lauren Sudar regarding Chris Kyle/SNIPER |
| Pltf. 133 | | | | June 14, 2012 Life Story and Exclusive Consulting Agreement re: "American Sniper" |
| Pltf. 134 | | | | June 14, 2012  "American Sniper" Option Purchase Agreement between Warner Bros. and Chris Kyle |
| Pltf. 135 | | | | October 18, 2012 Check from Warner Bros. to Chris Kyle |
| Pltf. 136 | | | | October 1, 2012 Letter from WME to Chris Kyle and Scott McEwen |
| Pltf. 137 | | | | October 22, 2012 Letter from WME to Chris Kyle c/o Chris Kirkpatrick |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 138 | | | | October 3, 2012 WME Memo from Lizzie Thompson, Jay Mandel Assistant, to Linnette Shonert, cc: Jennifer Walsh Assistant |
| Pltf. 139 | | | | Operative Image Release and Agreement between Chris Kyle and Baba-G Productions |
| Pltf. 140 | | | | Copy of Cover Page and Selected Pages from Book titled "American Sniper" |
| Pltf. 141 | | | | Agreement to Prepare Manuscript between Chris Kyle, Scott McEwen, and Black Coyote Inc. Attn: Jim DeFelice (unsigned, with comments) |
| Pltf. 142 | | | | Image of Audio CD titled "Kyle on Ventura" |
| Pltf. 143 | | | | Image of Audio CD titled "Lacz on Ventura" |
| Pltf. 144 | | | | **Reserved** |
| Pltf. 145 | | | | January 9, 2012 Emails between Chris Kyle, Scott McEwen, Sharyn Rosenblum, Peter Hubbard, and James DeFelice regarding reprint schedule |
| Pltf. 146 | | | | January 10, 2012 Emails between James DeFelice, Chris Kyle, Sharyn Rosenblum, and Scott McEwen regarding Heard the O&A clips |
| Pltf. 147 | | | | **Reserved** |
| Pltf. 148 | | | | **Reserved** |
| Pltf. 149 | | | | **Reserved** |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 150A | | | | **Reserved** |
| Pltf. 150B | | | | May 22, 2012 Agreement between Chris Kyle and Scott McEwen |
| Pltf. 151A | | | | **Reserved** |
| Pltf. 151B | | | | "American Sniper" Copyright Assignment and Harper Collins Publishing Agreement |
| Pltf. 152A | | | | **Reserved** |
| Pltf. 152B | | | | June 14, 2012 "American Sniper" Option Purchase Agreement |
| Pltf. 153 | | | | September 27, 2012 Letter of Direction from Chris Kyle to WME, attn.: Tom McGuire |
| Pltf. 154 | | | | October 1, 2012 Letter from WME to Chris Kyle and Scott McEwen |
| Pltf. 155 | | | | May 9, 2011 Email from James DeFelice to Chris Kyle regarding media |
| Pltf. 156 | | | | January 3 and January 4, 2012 Emails between Sharyn Rosenblum, Scott McEwen, and Chris Kyle regarding more media links |
| Pltf. 157 | | | | January 9, 2012 Emails between Sharyn Rosenblum and Scott McEwen regarding reprint schedule |
| Pltf. 158 | | | | January 10, 2012 Emails between Scott McEwen, Sharyn Rosenblum, Peter Hubbard, and Chris Kyle regarding Last night's event |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 159 | | | | January 11, 2012 Email from Sharyn Rosenblum to Scott McEwen and Peter Hubbard regarding Statement about Ventura/O'Reilly |
| Pltf. 160 | | | | January 11, 2012 Emails between Scott McEwen and Peter Hubbard regarding BookScan rankings |
| Pltf. 161 | | | | January 11, 2012 Emails between James DeFelice, Sharyn Rosenblum, Scott McEwen, Chris Kyle, and Peter Hubbard regarding Statement about Ventura/O'Reilly |
| Pltf. 162 | | | | January 11, 2012 Emails between Sharyn Rosenblum, Peter Hubbard, Scott McEwen, and Peter Hubbard regarding Chris's interviews |
| Pltf. 163 | | | | January 11, 2012 Emails between Sharyn Rosenblum, Peter Hubbard, Scott McEwen, Chris Kyle, and James DeFelice regarding O'Reilly |
| Pltf. 164 | | | | January 14, 2013 Letter from Silver & Silver APC to Court J. Anderson and John P. Borger |
| Pltf. 165 | | | | June 5, 2013 Transcript from "The O'Reilly Factor" |
| Pltf. 166 | | | | Certificate of Formation of CT Legacy, LLC |
| Pltf. 167 | | | | Pages from Chris Kyle Frog web site |
| Pltf. 168 | | | | Page from Facebook.com/ChrisKyleFrog advertising Taya Kyle Appearances at the Patriot Tour |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 169 | | | | Donation Page from Chris Kyle Memorial Trust web site |
| Pltf. 170 | | | | July 12, 2013 Article titled "Chris Kyle's widow speaks about life without her husband, defamation suit" |
| Pltf. 171 | | | | Pages from Facebook.com/ChrisKyleFrog, printed August 19, 2013 |
| Pltf. 172 | | | | Pages from Facebook.com/RIPChrisKyle, printed August 19, 2013 |
| Pltf. 173 | | | | April 2013 D Magazine Article titled "The Legend of Chris Kyle" |
| Pltf. 174 | | | | June 3, 2013 Article titled "What Taya Kyle Told the *Dallas Morning News* About That Gas Station Incident" |
| Pltf. 175 | | | | February 8, 2013 D Magazine Article titled "Here's What American Sniper Chris Kyle Said About His Killing Two Men at a Gas Station in 2009" |
| Pltf. 176 | | | | 2006 Reunion Photograph |
| Pltf. 177 | | | | 2006 Reunion Photograph |
| Pltf. 178 | | | | 2006 Reunion Photograph |
| Pltf. 179 | | | | Objections and Responses to Plaintiff's Interrogatories to Taya Kyle, Executor of the Estate of Chris Kyle, First Set |
| Pltf. 180 | | | | **Reserved** |
| Pltf. 181 | | | | "American Sniper" draft manuscript edits by James DeFelice (CK0000610-CK0000886) |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 182 | | | | "American Sniper" draft manuscript edits by James DeFelice (CK0000325-CK0000600) |
| Pltf. 183 | | | | "American Sniper" Option Purchase Agreement (WME Comments) |
| Pltf. 184 | | | | Various versions of and revisions to "Punching Out Scruff Face" |
| Pltf. 185 | | | | Cover Photo of Ventura on "The Blast" 3rd Quarter 2000, Vol. 32, No. 3 |
| Pltf. 186 | | | | July 22, 2013 Petition to Remove Ventura from UDT-SEAL Association Membership |
| Pltf. 187 | | | | Article titled "Did slain 'American Sniper' fatally shoot two armed robbers in 2009?" |
| Pltf. 188 | | | | February 8, 2013 D Magazine Article titled "Here's What American Sniper Chris Kyle Said About His Killing Two Men at a Gas Station in 2009" |
| Pltf. 189 | | | | March 26, 2013 D Magazine Article titled "What Troubles Me About the Legend of Chris Kyle" |
| Pltf. 190 | | | | April 16, 2013 Article titled "Did Special Forces Snipers Kill Americans After Katrina?" |
| Pltf. 191 | | | | June 3, 2013 Article from The New Yorker titled "In the Crosshairs" |
| Pltf. 192 | | | | Chris Kyle Email Logo |
| Pltf. 193 | | | | April 12, 2013 Check from WME to CT Legacy LLC |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 194 | | | | HarperCollins Royalty Statement 00612499 |
| Pltf. 195 | | | | April 1, 2013 Check from HarperCollins to WME |
| Pltf. 196 | | | | Listing of Bank Account Transactions |
| Pltf. 197 | | | | Supplemental Declaration of Kevin Lacz |
| Pltf. 198 | | | | Invitation to Ventura to speak at 2003 Reunion of Swift Boat Sailors Association |
| Pltf. 199 | | | | October 6, 2006 Bicentennial Class 258 BUDS Class 58 Reunion Schedule |
| Pltf. 200 | | | | July 28, 2010 Class 58 Agenda, Version 2 |
| Pltf. 201 | | | | 2006 Reunion Photograph |
| Pltf. 202 | | | | 2006 Reunion Photograph |
| Pltf. 203 | | | | 2006 Reunion Photograph |
| Pltf. 204 | | | | 2006 Reunion Photograph |
| Pltf. 205 | | | | 2006 Reunion Photograph |
| Pltf. 206 | | | | 2006 Reunion Photograph |
| Pltf. 207 | | | | 2006 Reunion Photograph |
| Pltf. 208 | | | | 2006 Reunion Photograph |
| Pltf. 209 | | | | 2006 Reunion Photograph |
| Pltf. 210 | | | | 2006 Reunion Photograph |
| Pltf. 211 | | | | 2006 Reunion Photograph |
| Pltf. 212 | | | | 2006 Reunion Photograph |
| Pltf. 213 | | | | 2006 Reunion Photograph |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|----------|--------------|--------|----------|-------------|
| Pltf. 214 | | | | 2006 Reunion Photograph |
| Pltf. 215 | | | | 2006 Reunion Photograph |
| Pltf. 216 | | | | 2006 Reunion Photograph |
| Pltf. 217 | | | | 2006 Reunion Photograph |
| Pltf. 218 | | | | 2006 Reunion Photograph |
| Pltf. 219 | | | | 2006 Reunion Photograph |
| Pltf. 220 | | | | 2006 Reunion Photograph |
| Pltf. 221 | | | | 2006 Reunion Photograph |
| Pltf. 222 | | | | 2006 Reunion Photograph |
| Pltf. 223 | | | | 2006 Reunion Photograph |
| Pltf. 224 | | | | 2006 Reunion Photograph |
| Pltf. 225 | | | | 2006 Reunion Photograph |
| Pltf. 226 | | | | 2006 Reunion Photograph |
| Pltf. 227 | | | | 2006 Reunion Photograph |
| Pltf. 228 | | | | 2006 Reunion Photograph |
| Pltf. 229 | | | | 2006 Reunion Photograph |
| Pltf. 230 | | | | 2006 Reunion Photograph |
| Pltf. 231 | | | | 2006 Reunion Photograph |
| Pltf. 232 | | | | 2006 Reunion Photograph |
| Pltf. 233 | | | | 2006 Reunion Photograph |
| Pltf. 234 | | | | 2006 Reunion Photograph |
| Pltf. 235 | | | | 2006 Reunion Photograph |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 236 | | | | 2006 Reunion Photograph |
| Pltf. 237 | | | | 2006 Reunion Photograph |
| Pltf. 238 | | | | 2006 Reunion Photograph |
| Pltf. 239 | | | | 2006 Reunion Photograph |
| Pltf. 240 | | | | 2006 Reunion Photograph |
| Pltf. 241 | | | | 2006 Reunion Photograph |
| Pltf. 242 | | | | 2006 Reunion Photograph |
| Pltf. 243 | | | | 2006 Reunion Photograph |
| Pltf. 244 | | | | 2006 Reunion Photograph |
| Pltf. 245 | | | | 2006 Reunion Photograph |
| Pltf. 246 | | | | 2006 Reunion Photograph |
| Pltf. 247 | | | | 2006 Reunion Photograph |
| Pltf. 248 | | | | 2006 Reunion Photograph |
| Pltf. 249 | | | | 2006 Reunion Photograph |
| Pltf. 250 | | | | 2006 Reunion Photograph |
| Pltf. 251 | | | | 2006 Reunion Photograph |
| Pltf. 252 | | | | 2006 Reunion Photograph |
| Pltf. 253 | | | | 2006 Reunion Photograph |
| Pltf. 254 | | | | 2006 Reunion Photograph |
| Pltf. 255 | | | | 2006 Reunion Photograph |
| Pltf. 256 | | | | 2006 Reunion Photograph |
| Pltf. 257 | | | | 2006 Reunion Photograph |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 258 | | | | 2006 Reunion Photograph |
| Pltf. 259 | | | | 2006 Reunion Photograph |
| Pltf. 260 | | | | 2006 Reunion Photograph |
| Pltf. 261 | | | | 2006 Reunion Photograph |
| Pltf. 262 | | | | 2006 Reunion Photograph |
| Pltf. 263 | | | | 2006 Reunion Photograph |
| Pltf. 264 | | | | 2006 Reunion Photograph |
| Pltf. 265 | | | | 2006 Reunion Photograph |
| Pltf. 266 | | | | 2006 Reunion Photograph |
| Pltf. 267 | | | | 2006 Reunion Photograph |
| Pltf. 268 | | | | 2006 Reunion Photograph |
| Pltf. 269 | | | | 2006 Reunion Photograph |
| Pltf. 270 | | | | 2006 Reunion Photograph |
| Pltf. 271 | | | | 2006 Reunion Photograph |
| Pltf. 272 | | | | 2006 Reunion Photograph |
| Pltf. 273 | | | | 2006 Reunion Photograph |
| Pltf. 274 | | | | 2006 Reunion Photograph |
| Pltf. 275 | | | | 2006 Reunion Photograph |
| Pltf. 276 | | | | 2006 Reunion Photograph |
| Pltf. 277 | | | | 2006 Reunion Photograph |
| Pltf. 278 | | | | 2006 Reunion Photograph |
| Pltf. 279 | | | | 2006 Reunion Photograph |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 280 | | | | 2006 Reunion Photograph |
| Pltf. 281 | | | | 2006 Reunion Photograph |
| Pltf. 282 | | | | 2006 Reunion Photograph |
| Pltf. 283 | | | | 2006 Reunion Photograph |
| Pltf. 284 | | | | 2006 Reunion Photograph |
| Pltf. 285 | | | | 2006 Reunion Photograph |
| Pltf. 286 | | | | 2006 Reunion Photograph |
| Pltf. 287 | | | | 2006 Reunion Photograph |
| Pltf. 288 | | | | 2006 Reunion Photograph |
| Pltf. 289 | | | | 2006 Reunion Photograph |
| Pltf. 290 | | | | 2006 Reunion Photograph |
| Pltf. 291 | | | | 2006 Reunion Photograph |
| Pltf. 292 | | | | 2006 Reunion Photograph |
| Pltf. 293 | | | | 2006 Reunion Photograph |
| Pltf. 294 | | | | January 12, 2012 Emails between Lynn Grady, Shawn Nicholls and Tavia Kowalchuk, regarding Google ad words |
| Pltf. 295 | | | | January 8, 2012 Email from Tavia Kowalchuk to Sharyn Rosenblum and Stephanie Kim regarding Morrow PR Flash, Big Clip & PR Flash for "American Sniper" |
| Pltf. 296 | | | | June 4, 2012 Email from Tavia Kowalchuk to Mary Ann Petyak and Peter Hubbard regarding Morrow PR Flash, Big Clip & PR Flash for "American Sniper" |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 297 | | | | January 9, 2012 Email from Sharyn Rosenblum to Dan Bank and Andrew Paul regarding Chris Kyle |
| Pltf. 298 | | | | January 11, 2012 Email from Sharyn Rosenblum to Jason Rose regarding Chris Kyle's interview |
| Pltf. 299 | | | | January 9, 2012 Emails between Sharyn Rosenblum and Chris Kyle regarding "guys wanting to come out about Ventura" |
| Pltf. 300 | | | | January 13 through January 26, 2012 Emails between Sharyn Rosenblum and Jason Rose regarding American Sniper |
| Pltf. 301 | | | | January 9, 2012 Emails between Dan Bank, Sharyn Rosenblum and "John" ('jjkelly84@live.com') regarding Chris Kyle |
| Pltf. 302 | | | | January 10, 2012 Emails between Sharyn Rosenblum, Scott McEwen, Chris Kyle and James DeFelice regarding Heard the O&A clips |
| Pltf. 303 | | | | January 10, 2012 Emails between Sharyn Rosenblum and Chris Kyle regarding Jesse Ventura |
| Pltf. 304 | | | | January 9, 2012 Emails between Sharyn Rosenblum, Scott McEwen and Peter Hubbard regarding reprint schedule |
| Pltf. 305 | | | | January 11, 2012 Emails between Sharyn Rosenblum, Scott McEwen and Chris Kyle regarding Statement about Ventura/O'Reilly |
| Pltf. 306 | | | | January 11, 2012 Emails between Sharyn Rosenblum and Jon Ebinger regarding Opie & Anthony show, Ventura incident, Chris Kyle security issues |
| Pltf. 307 | | | | December 13, 2011 Email from Andrea Molitor to Kim Lewis and Peter Hubbard regarding American Sniper changes, with attachments |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 308 | | | | January 9, 2012 Emails between Sharyn Rosenblum and Scott McEwen regarding reprint schedule |
| Pltf. 309 | | | | January 9, 2012 Emails between Scott McEwen, Chris Kyle, Peter Hubbard, and Sharyn Rosenblum regarding reprint schedule |
| Pltf. 310 | | | | January 9, 2012 Emails between Chris Kyle and Sharyn Rosenblum regarding calls coming in to confirm Kyle's story |
| Pltf. 311 | | | | January 9, 2012 Emails between Chris Kyle and Sharyn Rosenblum regarding call about "Jesse V. stuff" |
| Pltf. 312 | | | | January 9, 2012 Emails between Chris Kyle and Sharyn Rosenblum regarding "Jesse V.," #1 bestselling book at Barnes and Noble |
| Pltf. 313 | | | | January 22, 2012 New York Times Print Hardcover Best Seller List |
| Pltf. 314 | | | | Iteration of "Punching out Scruff Face," with comments |
| Pltf. 315 | | | | January 6, 2012 Emails between Peter Hubbard, Liate Stehlik, and Lynn Grady regarding American Sniper – reprint/reorder update |
| Pltf. 316 | | | | January 4, 2012 Emails between Sharyn Rosenblum and Lynn Grady regarding O'Reilly/American Sniper |
| Pltf. 317 | | | | Excerpt from "American Sniper" |
| Pltf. 318 | | | | HarperCollins Insurance Policy through Mutual Insurance Company Limited |
| Pltf. 319 | | | | Photograph of DeShazo Sisters and Friend with Ventura |
| Pltf. 320 | | | | Handwritten Notes of James DeFelice |
| Pltf. 321 | | | | Various redacted emails dated January 9 through January 11, 2012 |
| Pltf. 322 | | | | October 2006 Ventura Car Rental Records from National Car Rental System |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| Pltf. 323 | | | | October 18, 2012 Department of the Navy Response to FOIA Request 13-001N |
| Pltf. 324 | | | | August 6, 2012 Emails between Scott McEwen and Tom McGuire regarding Chris Kyle/SNIPER and correspondence with Warner Bros. lawyer, Lauren Sudar |
| Pltf. 325 | | | | January 9, 2012 Emails between Sharyn Rosenblum, Peter Hubbard, Chris Kyle, James DeFelice and Scott McEwen regarding reprint schedule |
| Pltf. 326 | | | | June 1 through June 4, 2012 Emails between Anat Hovav, Chris Kyle and Chris Kirkpatrick regarding "Stars Earn Stripes" and Ventura lawsuit |
| Pltf. 327 | | | | March 14, 2011 through January 8, 2012 Emails regarding Brittney and Matthew from the LSF trip last year |
| Pltf. 328 | | | | Handwritten Notes of James DeFelice |
| Pltf. 329 | | | | Separation Document from US Navy – James George Janos |
| Pltf. 330 | | | | Video: April 6, 2013 WFAA Interview - Widow Says Gun Class for Teachers Fulfills Chris Kyle's Dream |
| Pltf. 331 | | | | Video: May 23, 2013 The Right Scoop - Taya Kyle's NRA-ILA Leadership Forum Speech |
| Pltf. 332 | | | | Video: May 6, 2013 FrontBurner D Magazine - SEAL Chris Kyle's wife Taya Emotional Speech at NRA-ILA Leadership Forum |
| Pltf. 333 | | | | Video: May 13, 2013 Outdoor Channel - Taya Kyle talks about Chris Kyle's American Gun |
| Pltf. 334 | | | | Video: June 2, 2013 Today Show Interview - Widow of murdered SEAL sniper 'I was always in fear for his life' |
| Pltf. 335 | | | | Video: June 5, 2013 The O'Reilly Factor - Taya Kyle in the No Spin Zone |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|----------|--------------|--------|----------|-------------|
| Pltf. 336 | | | | Video: June 5, 2013 WilliamMorrow - Taya Kyle on the book AMERICAN GUN by Chris Kyle (author of American Sniper) |
| Pltf. 337 | | | | Video: June 6, 2013 Glenn Beck - Wife of Murdered SEAL Hero Tells Glenn PTSD is Not to Blame |
| Pltf. 338 | | | | Video: June 13, 2013 MSNBC The Cycle Interview - Success is Bittersweet for Slain Soldier's New Book |
| Pltf. 339 | | | | Video: June 13, 2013 NBC News - Taya Kyle as a Gun Rights Advocate |
| Pltf. 340 | | | | Audio Recording: June 16, 2013 NPR Interview - A Posthumous Tribute to Guns from a Sniper Shot to Death |
| Pltf. 341 | | | | Video: June 24, 2013 CBS Dallas Fort Worth - Chris Kyle's Widow Says PTSD No Excuse For Murder |
| Pltf. 342 | | | | Video: July 12, 2013 WFAA Good Morning Texas - Chris Kyle's Widow, Taya, on Finishing his Book, 'American Gun' |
| Pltf. 343 | | | | Video: July 12, 2013 WFAA Interview - Chris Kyle's Widow Speaks About Life Without Her Husband, Defamation Suit |
| Pltf. 344 | | | | Video: July 13, 2013 Mike Gallagher Show - Mike Scinto Live Mike Scinto with Taya Kyle |
| Pltf. 345 | | | | Video: July 18, 2013 NRA News Cam & Co Interview - American Gun A History of the US in Ten Firearms by Chris Kyle |
| Pltf. 346 | | | | Video: July 31, 2013 Wilkow! - Taya Kyle finishes husband's book American Gun |
| Pltf. 347 | | | | Video: August 7, 2013 Smack Talk Radio - Marty Logan and Taya Kyle discussing Chris Kyle 2013 Tribute tour |
| Pltf. 348 | | | | Video: Chris Kyle on O'Reilly Factor |
| Pltf. 349 | | | | Video: Fox News - The Five |

| Exh. No. | Date Offered | Marked | Admitted | Description |
|----------|--------------|--------|----------|-------------|
| Pltf. 350 | | | | Video: Navy Seal Chris Kyle, In Studio with Opie & Anthony |
| Pltf. 351 | | | | Video: January 4, 2012 Opie & Anthony - American Sniper Chris Kyle |

HENSON & EFRON, P.A.


Dated:  April 21, 2014

By   s/David Bradley Olsen
    David Bradley Olsen, #197944
    Court J. Anderson, #331570
    John N. Bisanz, Jr., #0389098
220 South Sixth Street, Suite 1800
Minneapolis, MN  55402-4503
Telephone:  (612) 339-2500
dolsen@hensonefron.com
canderson@hensonefron.com
jbisanz@hensonefron.com

Attorneys for Plaintiff