# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Jesse Ventura, a/k/a James G. Janos,

            Plaintiff,

vs.

Taya Kyle, as Executor of the Estate of Chris Kyle,

           Defendant.

_____

Civil No. 12-cv-0472 RHK/JJK

**Stipulation Regarding Stay of Execution on Judgment**

     IT IS HEREBY STIPULATED AND AGREED by and between the parties that the automatic stay of execution on the judgment in this case (Doc. 392) under Fed. R. Civ. P. 62(a) may be extended through August 29, 2014, and that the Court may enter the order attached hereto as Exhibit 1 without further notice or a hearing.

**Stipulated to:**

Dated: August 18, 2014

                        **HENSON & EFRON, P.A.**

                        By  s/ David B. Olsen
                           David Bradley Olsen, #197944
                           John N. Bisanz, Jr., #0389098
                        220 South Sixth Street, Suite 1800
                        Minneapolis, Minnesota  55402-4503
                        Telephone:  612-339-2500
                        Facsimile:   612-339-6364
                        dolsen@hensonefron.com
                         jbisanz@hensonefron.com

                        Attorneys for Plaintiff


                        **FAEGRE BAKER DANIELS LLP**

Dated: August 18, 2014        By   s/  Charles F. Webber
                           John P. Borger, #9878
                           Charles F. Webber, #215247
                           Leita Walker, #387095
                        90 South Seventh Street, Suite 2200
                        Minneapolis, Minnesota  55402
                        Telephone:  612-766-7000
                        Facsimile: 612-766-1600
                        john.borger@faegrebd.com
                        chuck.webber@faegrebd.com
                        leita.walker@faegrebd.com

                        Attorneys for Defendant