UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Jesse Ventura, a/k/a James G. Janos,

        Plaintiff,

vs.

Taya Kyle, as Executor of the Estate of Chris Kyle,

        Defendant.

_____

Civil No. 12-cv-0472 RHK/JJK

**Order Staying**
**Execution on Judgment**

This matter came before the Court on the parties' stipulation to an extension of the automatic stay of execution on the judgment in this case (Doc. 392) under Fed. R. Civ. P. 62(a) through August 29, 2014.

Based on the parties' stipulation and the other files, records, and proceedings in this case,

IT IS HEREBY ORDERED that the automatic stay of execution on the judgment in this case imposed by Fed. R. Civ. P. 62(a) shall be extended through August 29, 2014.

SO ORDERED.

Dated: August _____, 2014

                                      _____
                                      JEFFREY J. KEYES
                                      UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 1**