# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jesse Ventura a/k/a James
G. Janos,

                                          Civ. No. 12-472 (RHK/JJK)

                Plaintiff,          **ORDER**

v.

Taya Kyle, Executrix of the Estate of
Chris Kyle,

                Defendant.

      This matter came before the Court on the parties' Stipulation to an extension of the automatic stay of execution on the judgment in this case (Doc. No. 392) under Fed. R. Civ. P. 62(a) through August 29, 2014.

      Based on the parties' Stipulation (Doc. No. 399) and all the other files, records, and proceedings in this case, **IT IS ORDERED** that the automatic stay of execution on the judgment in this case imposed by Fed. R. Civ. P. 62(a) shall be extended through August 29, 2014.

Dated:  August 20, 2014

                                                                          s/Richard H. Kyle
                                                                           RICHARD H. KYLE
                                                                            United States District Judge