# EXHIBIT 14



October 22, 2012

Chris Kyle c/o Chris Kirkpatrick
Craft International
2101 Cedar Springs Road
Suite 1400
Dallas, TX 75201

Hi Chris,

Enclosed please find 1 check (#745992) in the amount of $1,076,719.46, representing your most recent share of royalties for AMERICAN SNIPER. Please let me know if you have any additional questions.

Thanks,

Lizzie Thompson
Assistant to Jay Mandel
212-903-1119
lmandel_asst@wmeentertainment.com

CC: Jennifer Rudolph Walsh
    Eric Zohn

1325 AVENUE OF THE AMERICAS, NEW YORK, NY 10019  TEL 212 586 5100  FAX 212 246 3583



Confidential

Pltf. 137, 12-CV-472   CK0005995

#745992     19 Oct 2012    13061280   Chris Kyle - Payable To: CT LEGACY LLC.

### Funds Received

| Date | Description | Type | Net Amount |
|---|---|---|---|
| 19 Oct 2012 | HarperCollins | Deposit Released | 1,076,719.46 |
| | | Total: | 1,076,719.46 |

### Funds Withheld by WME

| Date | Description | Compensation | Deduction |
|---|---|---|---|
| 30 Jun 2012 | American Sniper - Royalty | 32,800.00 | |
| 30 Jun 2012 | American Sniper - Royalty | 187,040.00 | |
| 30 Jun 2012 | American Sniper - Royalty | 856,879.46 | |

Net To Client: 1,076,719.46

---

City National Bank - Ischonert - Check

**WME**
WILLIAM MORRIS ENDEAVOR
ENTERTAINMENT

9601 Wilshire Blvd 3rd Floor
Beverly Hills, CA 90210

City National Bank
400 Park Ave, 20th floor
New York, NY 10022

1-139
260

745992

19 Oct 2012     ********1,076,719.46

PAY   One Million Seventy Six Thousand Seven Hundred Nineteen Dollars And Forty Six Cents************************************

Pay to the order of:   CT LEGACY LLC.
2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201

VOID AFTER 90 DAYS

⑆745992⑆ ⑆026013958⑆ 665⑆130037⑆

Confidential

CK0005996