# EXHIBIT 15

| 474887E | 12 Apr 2013 | 130 | 60 | Chris Kyle | Payable To: CT LEG | LLC. |

## Funds Received

| Date | Description | Type | Net Amount |
|---|---|---|---|
| 12 Apr 2013 | American Sniper | Deposit Released | 341,293.06 |
| | | Total: | 341,293.06 |

### Funds Withheld by WME

| Date | Description | Compensation | Deduction |
|---|---|---|---|
| 31 Dec 2012 | American Sniper - Royalty | 341,293.06 | |

Net To Client: 341,293.06

City National Bank - Ischonert - Check

---

**WME**
WILLIAM MORRIS ENDEAVOR
ENTERTAINMENT

9601 Wilshire Blvd 3rd Floor
Beverly Hills, CA 90210

City National Bank
400 Park Ave, 20th floor
New York, NY 10022

1-139
260

**748878**

12 Apr 2013        ********341,293.06

PAY  Three Hundred Forty One Thousand Two Hundred Ninety Three Dollars And Six Cents****************

Pay to the
order of    CT LEGACY LLC.
            2101 Cedar Springs Road, Suite 1400
            Dallas, TX  75201

VOID AFTER 90 DAYS

⑆748878⑆ ⑉026013958⑉ 665⑈130037⑈

Confidential

Pltf. 193, 12-CV-472   CK0006425