# EXHIBIT 16

| ☐ Checking/ | ☒ Savings/ | ☐ Money Market Access | ☐ Command | WELLS FARGO |

Account Number/

PERSONAL IDENTIFIER

Date/ 11/20/2013

Cash/
Total Checks (include total from other side) 715,370.21

Please print Name /
C.T. LEGACY, LLC

Please print Street Address, City, State, Zip Code/
PERSONAL IDENTIFIER

Subtotal

Minus cash received/

Total $ 715,370.21

Please sign in teller's presence for cash received/
Two forms of ID may be required for cash back transactions./

X

Bank Use Only (When SVT is Not Available)    TLR5975 (08/11)  wp#115  12536224

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑊⑉ 5 7 3 4 4 2 4 2 2 ⑉⑊   ⑈ 5 0 0 0 0 0 3 7 7 ⑈

---

WME
WILLIAM MORRIS ENDEAVOR
ENTERTAINMENT
9601 Wilshire Blvd 3rd Floor
Beverly Hills, CA 90210

City National Bank
400 Park Ave, 20th floor
New York, NY 10022

1-139
260

3001857

08 Oct 2013         *********715,370.21

PAY   Seven Hundred Fifteen Thousand Three Hundred Seventy Dollars And Twenty One Cents*********************************

Pay to the
order of
CT LEGACY LLC
2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201

VOID AFTER 90 DAYS

[signatures]

⑊⑉ 3 0 0 1 8 5 7 ⑉⑊   ⑈ 0 2 6 0 1 3 9 5 8 ⑈   6 6 5 ⑈ 1 3 0 0 3 7 ⑉

Book

Confidential

CK0006477

Pltf. 353, 12-CV-472