# EXHIBIT 17

#3004945      04 Apr 2014     13061280   Chris Kyle - Payable To: CT LEGACY LLC.

                            Funds Received

| Date | Description | Type | Net Amount |
|---|---|---|---|
| 01 Apr 2014 | | Check Received | 191,092.59 |
| | | Total: | 191,092.59 |

                         Funds Withheld by WME

| Date | Description | Compensation | Deduction |
|---|---|---|---|
| 31 Dec 2013 | American Sniper - Royalty | 191,092.59 | |
| | BLACK COYOTE, INC. - 10% fee | | 19,109.26 |
| | Scott W. McEwen - 30% fee | | 51,595.00 |
| | | Total: | 70,704.26 |
| | | Net To Client: | 120,388.33 |

City National Bank - Ischonert - Check

---

**WME**
WILLIAM MORRIS ENDEAVOR
ENTERTAINMENT

9601 Wilshire Blvd 3rd Floor
Beverly Hills, CA 90210

City National Bank
400 Park Ave, 20th floor
New York, NY 10022

1-139
260

3004945

04 Apr 2014     ********120,388.33

PAY   One Hundred Twenty Thousand Three Hundred Eighty Eight Dollars And Thirty Three Cents***********

Pay to the order of   CT LEGACY LLC.
PERSONAL IDENTIFIER

VOID AFTER 90 DAYS

⑈"3004945"  ⑆026013958⑆  665⑈ 130037⑈"

Confidential                                             CK0006478

**Pltf. 354, 12-CV-472**