# EXHIBIT 18



Confidential

CK0006438

Deft. 222_001, 12-CV-472