UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesse Ventura a/k/a James
G. Janos,

                                                   Civ. No. 12-472 (RHK/JJK)

                    Plaintiff,          **ORDER**

v.

Taya Kyle, as Executor of the Estate of
Chris Kyle,

                    Defendant.

---

      Defendant having moved for judgment as a matter of law or, in the alternative, for a new trial, **IT IS ORDERED** that Plaintiff shall serve and file a memorandum in opposition to the Motion, along with all supporting documents, on or before September 26, 2014, and Defendant may file a reply memorandum,[1] if any, along with all supporting documents, on or before October 3, 2014.  If the Court desires a hearing on the Motion, the parties will be notified.

Dated: September 5, 2014                                  s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge

---

[1] The Court reminds Defendant that any reply memorandum may not exceed 1,064 words, as the opening brief totaled 10,936 words.  See D. Minn. LR 7.1(f).