# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jesse Ventura a/k/a James
G. Janos,

                                      Civ. No. 12-472 (RHK/JJK)
              Plaintiff,      **ORDER**

v.

Taya Kyle, as Executor of the Estate of
Chris Kyle,

             Defendant.

The Court previously sustained in part and overruled in part Defendant's Objections to Plaintiff's Bill of Costs and directed the Clerk of the Court to tax costs against Defendant in the amount of $40,989.54.  (See Doc. No. 420.)  Accordingly, a cost judgment shall be entered in this action pursuant to which Plaintiff shall recover of Defendant $40,989.54 in taxable costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 21, 2015                                    s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge